UNITED STATES BANKRUPTCY COURT
District of Maryland
(Baltimore Division)

In re: Van Leer, II, Blake R.  
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

Case No. 99-6-2043  
Chapter 11

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None [ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 57,115.00 | business operations | 1/1/97-12/31/97 |
| 0.00 | business operations | 1/1/98-12/31/98 |
| 0.00 | business operations | 1/1/99-9/30/99 |

### 2. Income other than from employment or operation of business

None [ ]

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,100,000.00 | 1997 King George Landfill royalty payments (completely encumbered--net amount equals zero) |
| 1,100,000.00 | 1998 King George Landfill royalty payments (completely encumbered--net amount equals zero) |
| 750,000.00 | 1999 (thru 9/99) King George Landfill royalty payments (comletely encumbered--net amount equals zero) |

### 3. Payments to creditors

None [X]

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



Statement Of Financial Affairs - Page 1

| | | | |
|---|---|---|---|
None [ ]

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Rhoda Van Leer former spouse | w/in one year | 20,000.00 | 25,000.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None [ ]

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| see attachment | | | |

None [X]

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None [X]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None [X]

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None [X]

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None [X]

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Excel File #162407                                                                 Lawsuits Pending

## LAWSUITS WITH CASE NUMBERS

| VENDER | COUNSEL | AMOUNT | CASE NUMBER |
|---|---|---|---|
| Acusport Corp.<br>P.O. Box 710764<br>Cincinnati, OH 45271 | Joel S. Seledee, Esquire<br>Marsden, Botsaris & Seledee<br>One North Charles Str. Suite 1501<br>Baltimore, MD 21201 | $57,103.66 | C-1998-486666.OC |
| Advanta Business Services Corp.<br>P.O.Box 41598<br>Philadelphia, PA 19101-1598 | Jeffrey L. Goodman, Esquire<br>1020 Laurel Oak Road<br>Voorhees, NJ 08043-7228 | $30,206.23 | L005170-99 |
| Adkins, Potts & Smethurst, LLP<br>One Plaza East<br>Salisbury, MD 21803-5021 | Same | $38,959.18 | 22-C-98-001212 |
| Arnold Brothers/Perry's Solid Waste<br>151 Oakland Drive<br>Oakland, MD 21550 | Charles R. Bachrach<br>Gordon, Feinblatt, Rothman,<br> Hoffberger & Hollander, LLC<br>233 East Redwood Street<br>Baltimore, MD 21202 | $42,355.06 | C-1998-51273-OC |
| Atlantic Waste Disposal<br>3474 Atlantic Lane<br>Waverly, VA 23890 | Gregory P. Robinson<br>Hillman Brown & Darrow, P.A.<br>221 Duke of Gloucester Str.<br>Annapolis, MD 21401 | $19,594.99 | C-1999-52180.OC |
| Bartlett Consultants, LTD<br>P.O. Box 462<br>Chantilly, VA 20153 | Stephen J. Annino, Esquire<br>Kasimer & Ittig, P.C.<br>7653 Leesburg Pike<br>Falls Church, VA 22043 | $29,039.52 | L178142 |

Printed:                                                                                               Page 1

Excel File #162407                                    Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Browning<br>One Browning Place<br>Morgan, UT 84050 | Richard D. Gross<br>29 W. Susquehanna Ave., Ste. 205<br>Towson, MD 21204 | $5,023.97 | 0849-98 | Q |
| Carter Machinery Company, Inc.<br>P.O. Box 751053<br>Charlotte, NC 28275-1053 | Joel D. Seledee, Esquire<br>Marsden, Botsaris & Seledee, P.A.<br>1 N. Charles Street, Suite 1501<br>Baltimore, MD 21201 | $29,924.36 | C-1998-46502.OC | A |
| Cellular One<br>P.O. Box 64651<br>Baltimore, MD 21264-4651 | Russ Robinson, III, Esquire<br>152 West Washington Street<br>Hagerstown, MD 21740 | $1,881.50 | 804002891998 | B |
| Charles County<br>P.O. Box B<br>La Plata, MD 20646 | Same | $7,500.00 | 40200017701999 | C |
| CIT Group Equipment Financing, Inc<br>File #55603<br>Los Angeles, CA 90074-5603 | Steven N. Leitess<br>Leitess, Leitess & Friedberg, P.C.<br>25 Hooks lane, Suite 302<br>Baltimore, MD 21208 | $121,485.24 | S-98-3476 | B |
| Colleen Van Leer<br>3635 Vacation Lane<br>Arlington, VA 22207 | Marvin Mandel<br>9 State Circle<br>Annapolis, MD 21401 | | C-98-51735 | A |
| Colonial Pacific Leasing Corp, Inc.<br>P.O. Box 230102<br>Portland, OR 97281-0102 | Steven N. Leitess<br>Leitess, Leitess & Friedberg, P.C.<br>25 Hooks lane, Suite 302<br>Baltimore, MD 21208 | $290,762.16 | S-98-1778 | B |
| Columbia Sportswear Company<br>6600 North Baltimore<br>Portland, Oregon 97203 | Douglas H. Everngam<br>Jarrell & Everngam, LLP<br>Five North First Street<br>Denton, MD 21629 | $10,965.22 | 30400002461999 | Q |

Printed:                                                                    Page 2

Excel File #162407                                              Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Columbus Mckinnon Corp.<br>140 John JamesAudubon Pkwy<br>Amherst, NY 14228 | Leslie J. Greenberg<br>Baylinson, Kudysh & Greenberg<br>3905 National Drive, Suite 400<br>Burtonsville, MD 20866 | $76,016.03 | C-98-44321.OC | Ar |
| Daft-McCune-Walker, Inc.<br>200 E. Pennsylvania Ave.<br>Towson, Maryland 21286 | Alan J. Bloom, Esquire<br>401 Washington Ave., Suite 406<br>Towson, MD 21204 | $5,662.18 | 23041-98 | B |
| Elliott & Frantz, Inc.<br>P.O. Box 1514<br>King Of Prussia, PA 19406-0914 | David William Tonnessen<br>1657 Whitehead Court<br>Baltimore, Md 21207 | $167,601.60 | C-1999-54342.OC | Ar |
| Financial Federal Credit, Inc.<br>300 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | Marc D. Glickstein, Esquire<br>Marc D. Glickstein, P.A.<br>108 N. Bond Street<br>Bel Air, MD 21014 | $416,688.51 | C-1998-47130.CJ | Ar |
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia,MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street<br>Baltimore, MD 21202-3091 | $17,377.14 | 101004667598 | B |
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia,MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street<br>Baltimore, MD 21202-3091 | $11,869.22 | 101004892698 | B |
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia,MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street | $10,518.36 | 101003478698 | B |

Excel File #162407                                                     Lawsuits Pending

                                             Baltimore, MD 21202-3091

| | | | | |
|---|---|---|---|---|
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia, MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street<br>Baltimore, MD 21202-3091 | $8,137.36 | 101003743998 | B |
| G.D.C. Inc.<br>2439 Research Court<br>Woodbridge, VA 22191 | Edward John Skeens<br>7310 River Hill Road<br>Oxon Hill, MD 20745-1031 | $11,720.00 | 50200054121999 | P |
| Greenwald Industrial Products<br>2507 51st Avenue<br>Hyattsville, MD 20781-1204 | Martin Shulman<br>Manatt, Phelps & Phillips, LLP<br>1501 M Street, NW, Suite 700<br>Washington, DC 20005-1702 | $10,069.95 | 502002163798 | P |
| H & J Amoco, Inc.<br>738 N. Rt. 3<br>Gambrills, MD 21054 | Timothy A. Hodge, Jr., Esquire<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street<br>Baltimore, MD 21202 | $6,782.33 | 702000461498 | A |
| Heckler & Koch, Inc.<br>21480 Pacific Boulevard<br>Sterling, VA 20166-8903 | Joel D. Seledee, Esquire<br>Marsden, Botsaris & Seledee, P.A.<br>1 N. Charles Street, Suite 1501<br>Baltimore, MD 21201 | $26,667.49 | C-98-48591.CN | A |
| Henery's Tackle & Sporting Goods<br>Highway 24 West<br>P.O. Drawer 1107<br>Morehead City, NC 28557-1107 | Patrick J. Palmer, Esquire<br>Foster, Braden, Thompson & Palmer<br>102 East Main Street, Suite 203<br>Stevensville, MD 21666 | $44,791.22 | Civil 6604 | Q |
| IQS Enterprises, Inc.<br>2501 Boston Street, Suite 301 | Richard M. Kind<br>Kind & Dashoff | $10,156.37 | 70200035851999 | A |

Printed:                                                          Page 4

Excel File #162407                                                                  Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Baltimore, MD 21224 | One Church Lane<br>Baltimore, MD 21202 | | | |
| JKC Stadium, Inc.<br>Raljon, MD 20785 | Eric B. Miller<br>Piper & Marbury. LLP<br>36 South Charles Street<br>Baltimore, MD 21201 | $963,624.00 | C-98-465676.CN | A |
| La Crosse Footwear, Inc.<br>1407 St. Andrew Street<br>La Crosse, WI 54603 | Richard M. Kind<br>Kind & Dashoff<br>One Church Lane<br>Baltimore, MD 21202 | $24,134.91 | 3040001911999 | Q |
| Mercantile-Safe Deposit and Trust, Co<br>P.O. Box 1592<br>Baltimore, MD 21203-1592 | Michael W. Skojec<br>Gallagher, Evelius & Jones, LLP<br>218 North Charles Str., Suite 400<br>Baltimore, MD 21201 | $5,611,174.20 | 22-C-98-000762 | W |
| Mercantile-Safe Deposit and Trust, Co<br>P.O. Box 1592<br>Baltimore, MD 21203-1592 | Michael W. Skojec<br>Gallagher, Evelius & Jones, LLP<br>218 North Charles Str., Suite 400<br>Baltimore, MD 21201 | $5,611,174.20 | C-98-45389.CJ | A |
| Merchant's, Inc.<br>9073 Euclid Avenue<br>Manassas, VA 20110 | Melvyn J. Weinstock<br>Weinstock, Stevan, Harris & Friedman<br>1 Reservoir Circle<br>Baltimore, MD 21208-6392 | $8,475.09 | 0702-0015367-1998 | A |
| The Milton James Company<br>8411 Pulaski Highway<br>Baltimore, MD 21237-3094 | Edward J. Gilliss<br>Royston, Mueller, McLean & Reid, LLP<br>102 West Pennsylvania Ave, Suite 600<br>Towson, MD 21204 | $151,425.03 | C-99-52413.CN | A |

Excel File #162407                                              Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Richard Moseman<br>25250 Whitmore Road<br>Millville, CA 96062 | Geoffery P. Gitner, Esquire<br>William R. Martin, Esquire<br>Stephen L. Neal, Jr., Esquire<br>Manatt, Phelps & Phillips, LLP<br>1501 M Street, Suite 700<br>Washington, DC 20005-1702 | | Civil WMN-98-434 | D |
| Nationwide Archery, Inc.<br>Route 11 South, P.O. Box 67<br>Mint Spring, VA 24463 | Joel C. Richmond<br>10 N. Calvert Street<br>Baltimore, MD 21202-1898 | $6,904.61 | 304000126598 | Q |
| Orix Credit Alliance, Inc.<br>P.O. Box 1668<br>Pittsburgh, PA 15230-1668 | Joel I. Sher, Esquire<br>Shapiro & Olander<br>36 S. Charles Street, Suite 2000<br>Baltimore, MD 21201 | $614,097.32 | C-97-42894.CJ | A |
| Owen & Sparrow, LLc<br>P.O. Box 1595<br>Lorton, VA | Stephen J. Annino, Esquire<br>Kasimer & Ittig, P.C.<br>7653 Leesburg Pike<br>Falls Church, VA 22043 | $72,880.00 | C-99-56688 | A |
| Pella Products, Inc.<br>835 Broadway<br>Pella, IA 50219 | Peter Ramsey Helt<br>Baylinson, Kudysh & Greenberg<br>3905 National Drive, Suite 400<br>Burtonsville, MD 20866 | $3,000.25 | 30400005641999 | Q |
| Ida Bradford Phillips<br>28099 Ocean Gateway<br>Salisbury, MD 21801 | Nancy B. Chernoff<br>Ann Shaw, P.A.<br>P.O. Box 448<br>Salisbury, MD 21803-0448 | $10,000.00 | 203000325798 | W |

Printed:                                                              Page 6

Excel File #162407                                          Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Potomac Landfill, Inc.<br>10132 G & H Colvin Run Road<br>Great Falls, VA 22066 | Mathew D. Ravencraft<br>Flinn & Beagan<br>8300 Boone Boulevard, Suite 225<br>Vienna, VA 22182-2630 | $131,634.15 | C-1999-52957.FJ | A |
| Wallace Putkowski<br>3206 Eagles Nest Drive<br>Bowie, MD 20716-3109 | Wanda G. Caporaletti<br>8601 Georgia Ave. #905<br>Silver Spring, MD 20910 | $12,110.43 | 0502-0006714-1999 | P |
| Route 17 Associates, Inc. | Albert H. Jacoby<br>1311 Courthouse Road<br>Stafford, VA 22554 | $3,127.20 | C-98-50613.FJ | A |
| Sneade's Ace Home Center, Inc.<br>1750 Prosper Lane<br>Owings, MD 20736 | Mark J. Davis<br>Davis & Upton<br>P.O. Box 447<br>Prince Frederick, MD 20678 | $785.76 | 40100013821999 | C |
| Southern Maryland Oil, Inc.<br>P.O. Box E<br>La Plata, MD 20646 | Patrick B. Murphy<br>Mudd, Mudd & Fitzgerald, P.A.<br>P.O. Box 310<br>La Plata, MD 20646 | $2,744.75 | 40100005291999 | C |
| E. Stewart Mitchell, Inc.<br>1400 Ceddox Street, P.O. Box 2799<br>Baltimore, MD 21225 | Bruce E. Kauffman, Esquire<br>Kauffman & Forman, P.A.<br>406 Pennsylvania Ave.<br>Towson, MD 21204 | $3,322.60 | 70200107291999 | A |
| Taylor oil Co., Inc.<br>P.O. Box 332<br>Salisbury, Md 21803-0332 | | $3,201.65 | 0203-0003319-98 | W |
| Tilson & Becker, Chartered<br>3655 A Old Court Road, Suite 5<br>Baltimore, MD 21208 | Herbert A. Thaler, Jr.<br>201 N. Charles Street, Suite 2302<br>Baltimore, MD 21201 | $5,175.00 | 702000998698 | A |

Excel File #162407                                                          Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Volume Services, Inc.<br>1600 Raljon Road<br>Raljon, MD 20785 | Joel D. Seledee, Esquire<br>Marsden, Botsaris & Seledee, P.A.<br>1 N. Charles Street, Suite 1501<br>Baltimore, MD 21201 | $8,133.00 | 70200038301999 | A |
| Washington Air Rental Co., Inc.<br>4622 42nd Place<br>Hyattsville, MD 20781 | John I. Heise, Jr.<br>18310 Montgomery Village Ave.<br>Gaithersburg, MD 20879 | $14,931.00 | 702001194498 | A |
| Walls Industries, Inc.<br>P.O. Box 98<br>Cleburne, TX 76031 | Sidney S. Friedman<br>Weinstock, Stevan, Harris & Friedman<br>1 Reservoir Circle<br>Baltimore, MD 21208-6392 | $25,939.99 | C-1999-56010.CN | A |
| John & Nana Lee Whalen<br>2 Lake Somerset Drive<br>Bluffton, SC 29910 | Ellen Barry Grunden<br>129 N. Washington Street<br>Easton, MD 21601 | $13,261.45 | 0702-0001359-1999 | Q |
| Wharton Association Services Co.<br>3504 Joshua Barney NE, Suite 304<br>Washington, DC 20018 | Leonard A. Sacks, Esquire<br>Leonard A. Sacks & Associates, P.C.<br>One Church Street, Suite 201<br>Rockville, MD 20850 | | CAL99-16624 | P |



Printed:                                                                                Page 8

### 8. Losses

None
[X]
    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None
[ ]
    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Linowes & Blocher LLP<br>1010 Wayne Ave, 10th Fl<br>Silver Spring, MD 20910 | | approx. $3000 per week until $25,000 retainer is obtained(as set forth in employment application and Form 8) |

### 10. Other transfers

None
[ ]
    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Bob Cheeley, Lynn Adler, Keith Breedlove | | 240 shares of Crossroad Trails, Inc.<br>shares had negative value at time of transfer due to liabilities of corp. |

### 11. Closed financial accounts

None
[ ]
    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First Mariner Bank | closed account | |
| NationsBank | closed account | |

### 12. Safe deposit boxes

None
[X]
    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement Of Financial Affairs - Page 3

### 13. Setoffs

None [X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None [X]

List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None [X]

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10-10-99                              Signature  *Blake R. Van Leer*
                                                       Blake R. Van Leer, II

Statement Of Financial Affairs - Page 4