Carter Machinery Co., Inc.
c/o Joel Seledee, Esq.
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St., Ste 1501
Baltimore, MD 21201


Cellular One
c/o Russ Robinson III, Esq.
152 W. Washington St.
Hagerstown, MD 21740


Colonial Pacific Leasing Corp, Inc.
c/o Steven Leitess
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Ste. 302
Baltimore, MD 21208


Columbia Sportswear Co.
c/o Douglas Everngam
Jarrell & Everngam, LLP
Five North First Street
Denton, MD 21629


Columbus McKinnon Corp.
c/o Leslie Greeberg, Esq.
Baylinson, Kudysh & Greenberg
3905 National Drive, Suite 400
Burtonsville, MD 20866


Daft-McCune-Walker, Inc.
c/o Alan J. Bloom, Esq.
401 Washington Ave. Ste 406
Towson, MD 21204


E. Stewart Mitchell
c/o Bruce Kauffman, Esq.
Kauffman & Forman, P.A.
406 Pennsylvania Ave
Towson, MD 21204

Elliott & Frantz, Inc.
c/o David William Tonnessen
1657 Whitehead Ct.
Baltimore, MD 21207


Financial Federal Credit, Inc.
c/o Marc D. Glickstein, Esq.
Marc D. Glickstein, P.A.
108 N. Bond St.
Bel Air, MD 21014


Ford Motor Credit Corp.
c/o Anne Hrehorovich
Thiebolt, Ryan & Miller, P.A.
401 E. Pratt St.
Baltimore, MD 21201-3091


G.D.C., Inc.
c/o Edward John Skeens
7310 River Hill Rd.
Oxon Hill, MD 20745-1031


Greewald Industrial Products
c/o Martin Shulman, Esq.
Manatt, Phelps & Phillips, LLP
1501 M Street NW, Suite 700
Washington, DC 20005-1702


H&J Amoco, Inc.
c/o Timothy Hodge, Jr., Esq.
Tydings & Rosenberg, LLP
100 E. Pratt St.
Baltimore, MD 21202


Heckler & Koch, Inc.
c/o Joel Seledee, Esq.
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St., Ste 1501
Baltimore, MD 21201

Henry's Tackle & Sporting Goods
c/o Patrick J. Palmer, Esquire
Foster, Braden, Thompson & Palmer
102 E. Main Street, Suite 203
Stevensville, MD 21666


IQS Enterprises, Inc.
c/o Richard M. Kind, Esq.
Kind & Dashoff
One Church Lane
Baltimore, MD 21202


Ida Bradford Phillips
c/o Nancy B. Chernoff, Esq.
Ann Shaw, P.A.
P.O. Box 448
Salisbury, MD 21803-0448


JKC Stadium, Inc.
c/o Eric Miller, Esq.
Piper & Marbury, LLP
36 S. Charles St.
Baltimore, MD 21201


John and Nana Lee Whalen
c/o Ellen Barry Grunden
129 N. Washington Street
Easton, MD 21601


La Crosse Footwear, Inc.
c/o Richard Kind, Esq.
Kind & Dashoff
One Church Lane
Baltimore, MD 21202


Mercantile Safe Deposit & Trust Co.
c/o Michael Skojec, Esq.
Gallagher, Evelius & Jones, LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201

Merchant's, Inc.
c/o Melvyn J. Weinstock, Esq.
Weinstock, Stevan,Harris & Friedman
1 Reservoir Circle
Baltimore, MD 21208-6392


Nationwide Archery, Inc.
c/o Joel Richmond, Esq.
10 N. Calvert St.
Baltimore, MD 21201-1898


Orix Credit Alliance, Inc.
c/o Joel Sher, Esq.
Shapiro & Olander
36 N. Charles St. Suite 2000
Baltimore, MD 21201


Owen & Sparrow, LLC
c/o Stephen Annino, Esq.
Kasimer & Ittig, P.C.
7653 Leesburg Pike
Falls Church, VA 22043


Pella Products, Inc.
c/o Peter Ramsey Helt, Esq.
Baylinson, Kudysh & Greenberg
3905 National Drive, Suite 400
Burtonsville, MD 20866


Potomac Landfill, Inc.
c/o Mathew Ravencraft, Esq.
Flinn & Beagan
8300 Boone Blvd., Suite 225
Vienna, VA 22182-2630


Richard Moseman
c/o Geoffrey Gitner, William Martin
Stephen Neal, Esqs.; Manatt, Phelps
1501 M Street, Suite 700
Washington, DC 20005-1702

Route 17 Associates, Inc.
c/o Albert H. Jacoby, Esq.
1311 Courthouse Road
Stafford, VA 22554


Sneade's Ace Home Center, Inc.
c/o Mark Davis, Esq.
Davis & Upton
P.O. Box 447
Prince Frederick, MD 20678


Southern Maryland Oil, Inc.
c/o Patrick Murphy, Esq.
Mudd, Mudd & Fitzgerald, P.A.
P.O. Box 310
La Plata, MD 20646


The Milton James Company
c/o Edward Giliss, Esq.
Royston, Mueller, McLean & Reid,LLP
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204


Tilson & Becker, Chartered
c/o Herbert Thaler, Jr., Esq
201 N. Charles St., Suite 2302
Baltimore, MD 21201


Volume Services, Inc.
c/o Joel Seledee, Esq.
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St., Suite 1501
Baltimore, MD 21201


Wallace Putkowski
c/o Wanda Caporaletti, Esq.
8601 Georgia Ave. #905
Silver Spring, MD 20910

Walls Industries, Inc.
c/o Sidney Friedman, Esq.
Weinstock, Stevan, Harris &Friedman
1 Reservoir Circle
Baltimore, MD 21208-6392

Washington Air Rental Co., Inc.
c/o John Heise, Jr., Esq.
18310 Montgomery Village Ave.
Gaitherburg, MD 20879

Wharton Association Services Co.
c/o Leonard Sacks, Esq.
Leonard Sacks & Associates, P.C.
One Church St., Suite 201
Rockville, MD 20850

10x Products Group
P.O. Box 200880, Dept. 200
Dallas, TX 75320-0880

A.L.S. Enterprises, Inc.
821 W. Western
Muskegon, MI 49441

ADC
6440 General Green Way
Alexandria, VA 22312

ADP
11411 Red Run Blvd.
Owings Mills, MD 21117

ADT
6855 Deerpath Road
Elkridge, MD 21075

AMPS (Sportsmans)

ARS Solutions, Ltd.
Suite 214, 225 N. Benton Drive
Sauk Rapids, MN 56379

Acusport
P.O. Box 710764
Cincinnati, OH 45271-0764

Adkins, Potts & Smethurst
One Plaza East 6th Floor
Salisbury, MD 21803

Advanta Business Services Corp.
P.O. Box 15110
Wilmington, DE 19886

Affinity Network, Inc.
P.O. Box 64251
Baltimore, MD 21264

Alban Tractor
Dept. 65
Tulsa, OK 74182-0001

Allied Trailer
P.O. Box 427
Savage, MD 20763

American Arbitration Association

American Express
P.O. Box 42010
Philadelphia, PA 19162-4201

Arnold Brothers/Perry's
151 Oakland Road
Oakland, MD 21550

Atlantic Waste Disposal, Inc.
3474 Atlantic Lane
Waverly, VA 23890


Avery Outdoors, Inc.
P.O. Box 297
Memphis, TN 38101-0297


BG&E
P.O. Box 1431
Baltimore, MD 21297-0210


Bartlett
P.O. Box 462
Chantilly, VA 20153


Bay Country Security
P.O. Box 943
Cambridge, MD 21613


Bear Archery, Inc.
4600 SW 41st Blvd
Gainsville, FL 32608-4999


Bell Atlantic
P.O. Box 646
Baltimore, MD 21265-0646


Bell Atlantic Mobile
P.O. Box 64268
Baltimore, MD 21264-4268


Ben Carr


Brock Tool & Supply
1200 66th Street
Baltimore, MD 21237

Browning
P.O. Box 239
St. Louis, MO 63150-0239

CIT Group
1540 West Fountainhead Pkwy
Tempe, AZ 85282

Cananwill Inc.
P.O. Box 8470
Philadelphia, PA 19101-8470

Carry-Lite, Inc.
5203 West Clinton Avenue
Milwaukee, WI 53223-4781

Carter Machinery Company, Inc.
P.O. Box 751053
Charlotte, NC 28275-1053

Cellular One
P.O. Box 64651
Baltimore, MD 21264-4651

Charles County
P.O. Box B
La Plata, MD 20646

Cliff Weil, Inc. (Sportsmans)

Colonial Pacific Leasing
P.O. Box 2090
Portland, OR 97208

Columbia Sportwear Company
P.O. Box 83239
Portland, OR 97283-0239

Columbus McKinnon Corp.
140 John James Audobon Parkway
Amherst, NY 14228

Comcast Advertising Sales
P.O. Box 1620
Easton, MD 21601

Comptroller of the Treasury
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201

Comptroller of the Treasury
P.O. Box 17405
Baltimore, MD 21297-1405

Conectiv

Daft, McCune, Walker, Inc.
200 East Pennsylvania Avenue
Towson, MD 21286

Daily Times
115 E. Carroll Street
Salisbury, MD 21802

Dashco, Inc.(Adler Financial Group)
11350 Random Hills Road, Suite 720
Fairfax, VA 22030

Doug Ball (Marwood Security Group)
11206 River View Drive
Potomac, MD 20854

Downes & Gregory

Dryden Oil Company
P.O. Box 64715
Baltimore, MD 21264


E. Stewart Mitchell
P.O. Box 2799
Baltimore, MD 21225


Easton Ice Co., Inc.
108 East Drive
Easton, MD 21601


Elliot & Frantz
P.O. Box 1514
King of Prussia, PA 19406-0914


Enviroquip
341 King Street
Myerstown, PA 17067


Exxon Card Services
P.O. Box 103032
Roswell, GA 30076


F. Vernon Boozer, Esquire
Covahey & Boozer, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD 21204


F. Vernon Boozer, Esquire
Covahey & Boozer, P.A.
614 Bosley Avenue
Towson, MD 21204


Falcon Cable TV
P.O. Box 78063
Phoenix, AZ 85062-8063


Fim Publishing, Inc.
P.O. Box 201
Phoenix, MD 21131

Financial Federal Credit, Inc.
400 Park Avenue
New York, NY 10022


Firestone
2048 West Street
Annapolis, MD 21401


First Mariner Bank
c/o John R. Wise, Esq.
Thomas & Libowitz
100 Light Street, Ste. 1100
Baltimore, MD 21202-1053


Flint River Outdoor Wear, Inc.
P.O. Box 9105
Columbus, GA 31908-9105


Ford Motor Credit Corporation
P.O. Box 3076
Columbia, MD 21045


Ford Motor Credit Corporation
1335 S. Clearview Avenue
Mesa, AZ 85208


Forked River Freezer, Inc.
105 Route 9
P.O. Box 417
Forked River, NJ 08731


Frank W. Winne & Sons, Inc.
P.O. Box 7780-4281
Philadelphia, PA 19182-4281


Freestate Septic
1515 Governor Bridge Rd.
Davidsonville, MD 21035

Furnival Machinery
P.O. Box 8500-51733
Philadelphia, PA 19178

G.D.C., Inc.
P.O. Box 317
Lorton, VA 22199

GTR, Inc.
P.O. Box 598
Bladensburg, MD 20710

Gershman, Brickner & Bratton, Inc.
8550 Arlington Blvd.
Fairfax, VA 22031-4620

Godwin Pumps
P.O. Box 191
Bridgeport, NJ 08014

Golden Eagle
1733 Gunn Highway
Odessa, FL 33556

Goldsboro

Goose Bay Aggregates
4516 "S" Street
Capitol Heights, MD 21784

Grainger
8820 Citation Road
Baltimore, MD 21221-3190

Greentree Financial
1100 Landmark Towers
345 Saint Peter Street
St. Paul, MN 55101

Greenwald Industrial Products

2507 51st Avenue
Hyattsville, MD 20781-1204


H&J Amoco
738 N. Rte 3
Gambrills, MD 21054


HHA Sports
7222 Townline Road
Wisconsin Rapids, WI 54494


HRH
2275 Research Blvd.
Suite 300
Rockville, MD 20850


Haas Outdoors, Inc.
c/o Clay County Bank
P.O. Box 1337
West Point, MS 39773


Hal Brown Co.
16 East Industrial Road
Branford, CT 06406-9998


Harbor Spice


Hardin Kight Associates
7524 WB&A Road
Suite 100
Glen Burnie, MD 21061


Harvey & Harvey
P.O. Box 3033
Wilmington, DE 19804

Harvey Salt Co., Inc.
800 Lomax Street
P.O. Box 57
Easton, MD 21601


Heckler & Koch
21480 Pacific Boulevard
Sterling, VA 20166-8903


Henry's
P.O. Drawer 1107
Highway 24 West
Morehead City, NC 28557


Hopkins Sales Co., Inc.
800 Lomax Street
P.O. Box 57
Easton, MD 21601


Hoyt USA
543 N. Neil Armstrong Road
Salt Lake City, UT 84116-2887


IQS Enterprises
2501 Boston Street, Suite 301
Baltimore, MD 21224


Injured Workers Insurance Fund
8722 Loch Raven Blvd.
Towson, MD 21286-2235


Internal Revenue Service
Philadelphia, PA 19255


Internal Revenue Service
Special Procedures Branch
31 Hopkins Plaza, Room 1140
Baltimore, MD 21201

J. Ronald Dashiell & Sons, Inc.
Route 13 North
Salisbury, MD 21801

J. Ronald Dashiell & Sons, Inc.
c/o Adkins, Potts & Smethurst, LLP
One Plaza East, 6th Floor
Salisbury, MD 21803

JKC Stadium, Inc.
Raljon, MD 20785

James Carbine

Jerol Moore Landscaping
P.O. Box 837
Cambridge, MD 21613

Jerry's Sports Center
P.O. Box 121
Main Street
Forest City, PA 18421

John Adams Trucking
10603 Cross Road Trail
Brandywine, MD 20613

John Whalen
2 Lake Somerset Drive
Bluffton, SC 29910

Kenco Jarv-Eels
778 Laurels Way
Arnold, MD 21012

Knight & Manzi
14440 Old Mill Road
Upper Marlboro, MD 20772

LaCrosse Footwear
1407 St. Andrew Street
P.O. Box 1328
LaCrosse, WI 54602-1328


Martin Archery, Inc.
Route 5, Box 127
Walla Walla, WA 99362


Maryland Dept. of Agriculture
50 Harry S. Truman Pkwy
Annapolis, MD 21401


Masterpiece Creations-Vol. Services
1600 Raljon Road
Raljon, MD 20785


Mather Companies
10540 York Road
Cockeysville, MD 21030


Matrix/Times


McCrone
207 N. Liberty Street, Suite 100
Centreville, MD 21617


McGuire, Woods, Battle & Boothe
One James Center
901 East Cary Street
Richmond, VA 23219


Mellon Mortgage Company
1775 Sherman Street
Suite 1500
Denver, CO 80203-4302


Melton Shirt Company
56 Harvester Avenue
Batavia, NY 1400

Mercantile Safe Deposit & Trust
2 Hopkins Plaza, Ste. 200
Baltimore, MD 21201

Merchants, Inc.
9073 Euclid Avenue
Manassas, VA 20110

Merrill Lynch Credit Corporation
P.O. Box 4210
Carol Stream, IL 60197-4210

Merrill Lynch Credit Corporation
4802 Deer Lake Drive, East
Jacksonville, FL 32246

Merrill Lynch Credit Corporation
4802 Deer Lake Drive, East
Jacksonville, FL 32246

Milton James Company
8411 Pulaski Highway
Baltimore, MD 21237-3094

Nationwide Archery
Route 11 South, P.O. Box 67
Mint Spring, VA 24463

Natter Services
2086 Generals Highway
Suite 302
Annapolis, MD 21401

Newcourt Financial
501 Office Center Drive
Fort Washington, PA 19034

Oak Grove Marine Center
2820-30 Solomons Island Road
Edgewater, MD 21037

Office Depot
P.O. Box 30292
Salt Lake City, UT 84130-0292

Orix Credit Alliance, Inc.
7250 Parkway Drive
Hanover, MD 21076

Outback Trading Company
39 South Third Street
Oxford, PA 19363

Outland Sports, Inc.
P.O. Box 413974
Kansas City, MO 64141-3974

Overland Transporation Svcs., Inc.
4820-A Frolich Lane
Hyattsville, MD 20781

Owen & Sparrow, LLC
P.O. Box 1595
Lorton, VA 22199

P&H Auto Electric, Inc.
P.O. Box 25889
Baltimore, MD 21224-0589

Pappy, Inc.
1020 Oak Avenue
Joppa, MD 21085

Pella Products
P.O. Box 217
Pella, IA 83861-0618

Pitney Bowes
P.O. Box 41067
Norfolk, VA 23541-1067

Porvair Corporation


Potomac Communications Group
1720 I Street NW, Suite 800
Washington, D.C. 20006


Potomac Landfill, Inc.
600 Green Tree Lane
Dumfries, VA 22026


Potter & Potter
P.O. Box 1890
Rockville, MD 20849


Precision Shooting
P.O. Box 5487
Tucson, AZ 85703


Prince George's County
Treasury Division
Room 1090, P.O. Box 1700
Upper Marlboro, MD 20773-1700


Principal Mutual
711 High Street
Des Moines Iowa 50392


Queen Anne's County - Recs. & Parks
1945 4-H Park Road
P.O. Box 37
Centreville, MD 21617


Queen Anne's Sanitary District
P.O. Box 239
Chester, MD 21617


Qwest

RUST
P.O. Box 73981
Chicago, IL 60673-7981

Rhoda Van Leer
6395 Genoa Road
Fair Haven, MD 20754

Richard N. Moseman
4150 Fig Tree Lane
Redding, CA 96049

Rite-Way
4751 Lydell Road
Cheverly, MD 20781

Robert D. Cheeley
435 Old Homestead Trail
Duluth, GA 30097

Roberts Oxygen
15830 Redland Road
P.O. Box 5507
Rockville, MD 20855

Rocky Shoes & Boots
39 E. Canal Street
Nelsonville, OH 45764

Rosen, Sapperstein & Friedlander
10055 Red Run Blvd., Suite 150
Owings Mills, MD 21117

S.M. Christhilf
112 West Timonium Rd
Timonium, MD 21093

Scent-Lok

Sealskin


See Environmental Services
45 Old Solomons Road, Suite 105
Annapolis, MD 21401


Shipley & Horne
1101 Mercantile Lane, Suite 240
Largo, MD 20774


Siskind, Grady, Rosen & Hoover
2 East Fayette Street
Baltimore, MD 21202


Smail
4317 Northview Drive
Bowie, MD 20716


Sneades
1750 Prosper Lane
Owings, MD 20736


Soule & Associates
122 Arlington Road
Salisbury, MD 21801


Southern Maryland Oil
P.O. Box E
La Plata, MD 20646


St. Paul Fire & Marine Insurance


Stanley Scruggs Game Calls
635 Houchins Road
Christianburb, VA 24073

Staples
P.O. Box 30292
Salt Lake City, UT 84130-0292

Star Democrat, The

State Dept. of Assessments and Tax.
301 W. Preston Street
Baltimore, MD 21201

Sturn, Wagner & Sacclaris, LLC
One Annapolis Street, Second Fl.
Annapolis, MD 21401-1326

Swift Instruments
952 Dorchester Ave.
Dorchester, MA 02125

Syd Farrar

T&T Deer Calls & Scents
942 Butler Pike
Mercer, PA 16137

Taylor Electric Supply Co., Inc.
2211 Greenspring Drive
P.O. Box 4823
Timonium, MD 21093

Taylor Oil
P.O. Box 332
Salisbury, MD 21803-0332

Texaco
P.O. Box 31129
Tampa, FL 33631-3129

Texas Hunting Products
P.O. Box 440296
Houston, TX 77244


The CIT Group
1540 West Fountainhead Parkway
Tempe, AZ 85282


The Fisherman
524 Savannah Road
Lewes, DE 19958


The Milton James Company
8411 Pulaski Highway
Baltimore, MD 21237-3094


Tilson & Becker
3655 A Old Court Road, Suite 5
Baltimore, MD 21208


Tom & Lib Trucking
19801 Aquasco Road
Aquasco, MD 20608


Unishippers
3135-24 New Germany Road
Ebensburg, PA 15931


United Parcel Service
P.O. Box 4980
Hagerstown, MD 21747-7980


Utica National Insurance Group
P.O. Box 6352
Utica, NY 13504-6532


Valley Gases
P.O. Box 6378
Wheeling, WV 26003-0615

Viking Office Products
P.O. Box 465644
Cincinnati, OH 45246-5644

Virginia Department of Taxation
P.O. Box 760
Richmond, VA 23218

Volume Services
1600 Raljon Road
Raljon, MD 20785

WSSC
14501 Sweitzer Lane
Laurel, MD 20707

Walls Industries
P.O. Box 98
Cleburne, TX 76033

Wally Putkowski
3206 Eagles Nest Drive
Bowie, MD 20716-3109

Washington Air Compressor
   Rental Co., Inc.
4622 42nd Place
Hyattsville, MD 20781

Waste Management
P.O. Box 66963
Chicago, IL 60666-0963

Wicomico County, Maryland
P.O. Box 4036
Salisbury, MD 21803-4036

Widdowson & Dashiell, P.A.
Port Exchange Bldg
312 W. Main Street
Salisbury, MD 21803

Williams, Hammond, Moore, Shockley
  & Harr
3509 Coastal Hwy, P.O. Box 739
Ocean City, MD 21842


YellowBook
1300 Morris Drive
Chesterbrook Corp Center
Wayne, PA 19087

# UNITED STATES BANKRUPTCY COURT

## District of Maryland
## (Baltimore Division)

In re: Van Leer, II, Blake R.
    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

Case No. _____
Chapter 11

*Amended* ## List of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mercantile Safe Deposit & Trust<br>2 Hopkins Plaza, Ste. 200<br>Baltimore, MD 21201 | ( ) - | | | 4,511,274.20<br><br>SECURED VALUE:<br>1,100,000.00 |
| Dashco, Inc.(Adler Financial Group)<br>11350 Random Hills Road, Suite 720<br>Fairfax, VA 22030 | ( ) - | | | 2,500,000.00 |
| McGuire, Woods, Battle & Boothe<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | ( ) - | | CONTINGENT<br><br>DISPUTED | 1,402,390.00 |
| First Mariner Bank<br>c/o John R. Wise, Esq.<br>Thomas & Libowitz<br>100 Light Street, Ste. 1100<br>Baltimore, MD 21202-1053 | ( ) - | | | 1,390,000.00<br><br>SECURED VALUE:<br>390,000.00 |
| Robert D. Cheeley<br>435 Old Homestead Trail<br>Duluth, GA 30097 | ( ) - | | | 1,200,000.00 |
| JKC Stadium, Inc.<br>Raljon, MD 20785 | ( ) - | | CONTINGENT<br><br>DISPUTED | 963,624.00 |
| Internal Revenue Service<br>Philadelphia, PA 19255 | ( ) - | | | 642,000.00 |
| Orix Credit Alliance, Inc.<br>7250 Parkway Drive<br>Hanover, MD 21076 | ( ) - | | CONTINGENT<br><br>DISPUTED | 614,097.32 |

Form 4 - Page 1

UNITED STATES BANKRUPTCY COURT

District of Maryland
(Baltimore Division)

In re: Van Leer, II, Blake R.          Case No. _____
       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                     Chapter 11

# List of Creditors Holding 20 Largest Unsecured Claims

| | | | | |
|---|---|---|---|---|
| Internal Revenue Service<br>Philadelphia, PA 19255 | ( ) | - | | 556,000.00 |
| Financial Federal Credit, Inc.<br>400 Park Avenue<br>New York, NY 10022 | ( ) | - | CONTINGENT<br><br>DISPUTED | 533,310.86 |
| Richard N. Moseman<br>4150 Fig Tree Lane<br>Redding, CA 96049 | ( ) | - | | 450,000.00 |
| Siskind, Grady, Rosen & Hoover<br>2 East Fayette Street<br>Baltimore, MD 21202 | ( ) | - | | 314,314.84 |
| Colonial Pacific Leasing<br>P.O. Box 2090<br>Portland, OR 97208 | ( ) | - | CONTINGENT<br><br>DISPUTED | 290,762.16 |
| Internal Revenue Service<br>Philadelphia, PA 19255 | ( ) | - | | 200,000.00 |
| Elliot & Frantz<br>P.O. Box 1514<br>King of Prussia, PA 19406-0914 | ( ) | - | CONTINGENT<br><br>DISPUTED | 167,701.60 |
| Comptroller of the Treasury<br>Compliance Division<br>301 West Preston Street, Room 409<br>Baltimore, MD 21201 | ( ) | - | | 162,000.00 |
| Milton James Company<br>8411 Pulaski Highway<br>Baltimore, MD 21237-3094 | ( ) | - | CONTINGENT<br><br>DISPUTED | 151,425.00 |

Form 4 - Page 2

UNITED STATES BANKRUPTCY COURT

District of Maryland
(Baltimore Division)

In re: Van Leer, II, Blake R.
       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

Case No. _____
Chapter 11

# List of Creditors Holding 20 Largest Unsecured Claims

| | | | |
|---|---|---|---|
| Furnival Machinery<br>P.O. Box 8500-51733<br>Philadelphia, PA 19178 | ( ) - | CONTINGENT<br><br>DISPUTED | 143,158.36 |
| Potomac Landfill, Inc.<br>600 Green Tree Lane<br>Dumfries, VA 22026 | ( ) - | CONTINGENT<br><br>DISPUTED | 131,634.15 |
| Virginia Department of Taxation<br>P.O. Box 760<br>Richmond, VA 23218 | ( ) - | | 124,000.00 |

Date:  10-18-99

Blake R. Van Leer, II

Form 4 - Page 3

## UNITED STATES BANKRUPTCY COURT

### District of Maryland
### (Baltimore Division)

In re: Van Leer, II, Blake R.
     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

Case No. _____
Chapter 11

# *AMENDED* VERIFICATION OF CREDITOR MATRIX

    The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 27 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: *10-18-99*

Signed: *Blake R. Van Leer*
                        Blake R. Van Leer, II

Signed: _____
       James A. Vidmar, Jr.
       Bar no. 00271

Acusport Corp
c/o Joel Seledee, Esq.
Marsden, Botsaris & Seledee
One N. Charles St., Suite 1501
Baltimore, MD 21201


Advanta Business Services Corp.
c/o Jeffrey Goodman, Esq.
1020 Laurel Oak Rd.
Voorhees, NJ 08043-7228


Arnold Brothers/Perry's Solid Waste
c/o Charles Bachrach
Gordon, Feinblatt, Rothman, LLC
233 E. Redwood St.
Baltimore, MD 21202


Atlantic Waste Disposal
c/o Gregory Robinson, Esq.
Hillman, Brown & Darrow, P.A.
221 Duke of Gloucester St.
Annapolis, MD 21401


Bartlett Consultants, Ltd.
c/o Stephen Annino, Esq.
Kasimer & Ittig, P.C.
7653 Leesburg Pike
Falls Church, VA 22043


Browing
c/o Richard D. Gross
29 W. Susquehanna Ave, Ste. 205
Towson, MD 21204


CIT Group Equipment Financing, Inc.
c/o Steven N. Leitess
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Ste. 302
Baltimore, MD 21208

Carter Machinery Co., Inc.
c/o Joel Seledee, Esq.
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St., Ste 1501
Baltimore, MD 21201


Cellular One
c/o Russ Robinson III, Esq.
152 W. Washington St.
Hagerstown, MD 21740


Colonial Pacific Leasing Corp, Inc.
c/o Steven Leitess
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Ste. 302
Baltimore, MD 21208


Columbia Sportswear Co.
c/o Douglas Everngam
Jarrell & Everngam, LLP
Five North First Street
Denton, MD 21629


Columbus McKinnon Corp.
c/o Leslie Greeberg, Esq.
Baylinson, Kudysh & Greenberg
3905 National Drive, Suite 400
Burtonsville, MD 20866


Daft-McCune-Walker, Inc.
c/o Alan J. Bloom, Esq.
401 Washington Ave. Ste 406
Towson, MD 21204


E. Stewart Mitchell
c/o Bruce Kauffman, Esq.
Kauffman & Forman, P.A.
406 Pennsylvania Ave
Towson, MD 21204

Elliott & Frantz, Inc.
c/o David William Tonnessen
1657 Whitehead Ct.
Baltimore, MD 21207


Financial Federal Credit, Inc.
c/o Marc D. Glickstein, Esq.
Marc D. Glickstein, P.A.
108 N. Bond St.
Bel Air, MD 21014


Ford Motor Credit Corp.
c/o Anne Hrehorovich
Thiebolt, Ryan & Miller, P.A.
401 E. Pratt St.
Baltimore, MD 21201-3091


G.D.C., Inc.
c/o Edward John Skeens
7310 River Hill Rd.
Oxon Hill, MD 20745-1031


Greewald Industrial Products
c/o Martin Shulman, Esq.
Manatt, Phelps & Phillips, LLP
1501 M Street NW, Suite 700
Washington, DC 20005-1702


H&J Amoco, Inc.
c/o Timothy Hodge, Jr., Esq.
Tydings & Rosenberg, LLP
100 E. Pratt St.
Baltimore, MD 21202


Heckler & Koch, Inc.
c/o Joel Seledee, Esq.
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St., Ste 1501
Baltimore, MD 21201

Henry's Tackle & Sporting Goods
c/o Patrick J. Palmer, Esquire
Foster, Braden, Thompson & Palmer
102 E. Main Street, Suite 203
Stevensville, MD 21666


IQS Enterprises, Inc.
c/o Richard M. Kind, Esq.
Kind & Dashoff
One Church Lane
Baltimore, MD 21202


Ida Bradford Phillips
c/o Nancy B. Chernoff, Esq.
Ann Shaw, P.A.
P.O. Box 448
Salisbury, MD 21803-0448


JKC Stadium, Inc.
c/o Eric Miller, Esq.
Piper & Marbury, LLP
36 S. Charles St.
Baltimore, MD 21201


John and Nana Lee Whalen
c/o Ellen Barry Grunden
129 N. Washington Street
Easton, MD 21601


La Crosse Footwear, Inc.
c/o Richard Kind, Esq.
Kind & Dashoff
One Church Lane
Baltimore, MD 21202


Mercantile Safe Deposit & Trust Co.
c/o Michael Skojec, Esq.
Gallagher, Evelius & Jones, LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201

Merchant's, Inc.
c/o Melvyn J. Weinstock, Esq.
Weinstock, Stevan,Harris & Friedman
1 Reservoir Circle
Baltimore, MD 21208-6392


Nationwide Archery, Inc.
c/o Joel Richmond, Esq.
10 N. Calvert St.
Baltimore, MD 21201-1898


Orix Credit Alliance, Inc.
c/o Joel Sher, Esq.
Shapiro & Olander
36 N. Charles St. Suite 2000
Baltimore, MD 21201


Owen & Sparrow, LLC
c/o Stephen Annino, Esq.
Kasimer & Ittig, P.C.
7653 Leesburg Pike
Falls Church, VA 22043


Pella Products, Inc.
c/o Peter Ramsey Helt, Esq.
Baylinson, Kudysh & Greenberg
3905 National Drive, Suite 400
Burtonsville, MD 20866


Potomac Landfill, Inc.
c/o Mathew Ravencraft, Esq.
Flinn & Beagan
8300 Boone Blvd., Suite 225
Vienna, VA 22182-2630


Richard Moseman
c/o Geoffrey Gitner, William Martin
Stephen Neal, Esqs.; Manatt, Phelps
1501 M Street, Suite 700
Washington, DC 20005-1702

Route 17 Associates, Inc.
c/o Albert H. Jacoby, Esq.
1311 Courthouse Road
Stafford, VA 22554

Sneade's Ace Home Center, Inc.
c/o Mark Davis, Esq.
Davis & Upton
P.O. Box 447
Prince Frederick, MD 20678

Southern Maryland Oil, Inc.
c/o Patrick Murphy, Esq.
Mudd, Mudd & Fitzgerald, P.A.
P.O. Box 310
La Plata, MD 20646

The Milton James Company
c/o Edward Giliss, Esq.
Royston, Mueller, McLean & Reid, LLP
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204

Tilson & Becker, Chartered
c/o Herbert Thaler, Jr., Esq
201 N. Charles St., Suite 2302
Baltimore, MD 21201

Volume Services, Inc.
c/o Joel Seledee, Esq.
Marsden, Botsaris & Seledee, P.A.
1 N. Charles St., Suite 1501
Baltimore, MD 21201

Wallace Putkowski
c/o Wanda Caporaletti, Esq.
8601 Georgia Ave. #905
Silver Spring, MD 20910

Walls Industries, Inc.
c/o Sidney Friedman, Esq.
Weinstock, Stevan, Harris &Friedman
1 Reservoir Circle
Baltimore, MD 21208-6392


Washington Air Rental Co., Inc.
c/o John Heise, Jr., Esq.
18310 Montgomery Village Ave.
Gaitherburg, MD 20879


Wharton Association Services Co.
c/o Leonard Sacks, Esq.
Leonard Sacks & Associates, P.C.
One Church St., Suite 201
Rockville, MD 20850


10x Products Group
P.O. Box 200880, Dept. 200
Dallas, TX 75320-0880


A.L.S. Enterprises, Inc.
821 W. Western
Muskegon, MI 49441


ADC
6440 General Green Way
Alexandria, VA 22312


ADP
11411 Red Run Blvd.
Owings Mills, MD 21117


ADT
6855 Deerpath Road
Elkridge, MD 21075


AMPS (Sportsmans)

ARS Solutions, Ltd.
Suite 214, 225 N. Benton Drive
Sauk Rapids, MN 56379


Acusport
P.O. Box 710764
Cincinnati, OH 45271-0764


Adkins, Potts & Smethurst
One Plaza East 6th Floor
Salisbury, MD 21803


Advanta Business Services Corp.
P.O. Box 15110
Wilmington, DE 19886


Affinity Network, Inc.
P.O. Box 64251
Baltimore, MD 21264


Alban Tractor
Dept. 65
Tulsa, OK 74182-0001


Allied Trailer
P.O. Box 427
Savage, MD 20763


American Arbitration Association


American Express
P.O. Box 42010
Philadelphia, PA 19162-4201


Arnold Brothers/Perry's
151 Oakland Road
Oakland, MD 21550

Atlantic Waste Disposal, Inc.
3474 Atlantic Lane
Waverly, VA 23890

Avery Outdoors, Inc.
P.O. Box 297
Memphis, TN 38101-0297

BG&E
P.O. Box 1431
Baltimore, MD 21297-0210

Bartlett
P.O. Box 462
Chantilly, VA 20153

Bay Country Security
P.O. Box 943
Cambridge, MD 21613

Bear Archery, Inc.
4600 SW 41st Blvd
Gainsville, FL 32608-4999

Bell Atlantic
P.O. Box 646
Baltimore, MD 21265-0646

Bell Atlantic Mobile
P.O. Box 64268
Baltimore, MD 21264-4268

Ben Carr

Brock Tool & Supply
1200 66th Street
Baltimore, MD 21237

Browning
P.O. Box 239
St. Louis, MO 63150-0239

CIT Group
1540 West Fountainhead Pkwy
Tempe, AZ 85282

Cananwill Inc.
P.O. Box 8470
Philadelphia, PA 19101-8470

Carry-Lite, Inc.
5203 West Clinton Avenue
Milwaukee, WI 53223-4781

Carter Machinery Company, Inc.
P.O. Box 751053
Charlotte, NC 28275-1053

Cellular One
P.O. Box 64651
Baltimore, MD 21264-4651

Charles County
P.O. Box B
La Plata, MD 20646

Cliff Weil, Inc. (Sportsmans)

Colonial Pacific Leasing
P.O. Box 2090
Portland, OR 97208

Columbia Sportwear Company
P.O. Box 83239
Portland, OR 97283-0239

Columbus McKinnon Corp.
140 John James Audobon Parkway
Amherst, NY 14228


Comcast Advertising Sales
P.O. Box 1620
Easton, MD 21601


Comptroller of the Treasury
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Comptroller of the Treasury
P.O. Box 17405
Baltimore, MD 21297-1405


Conectiv


Daft, McCune, Walker, Inc.
200 East Pennsylvania Avenue
Towson, MD 21286


Daily Times
115 E. Carroll Street
Salisbury, MD 21802


Dashco, Inc.(Adler Financial Group)
11350 Random Hills Road, Suite 720
Fairfax, VA 22030


Doug Ball (Marwood Security Group)
11206 River View Drive
Potomac, MD 20854


Downes & Gregory

Dryden Oil Company
P.O. Box 64715
Baltimore, MD 21264


E. Stewart Mitchell
P.O. Box 2799
Baltimore, MD 21225


Easton Ice Co., Inc.
108 East Drive
Easton, MD 21601


Elliot & Frantz
P.O. Box 1514
King of Prussia, PA 19406-0914


Enviroquip
341 King Street
Myerstown, PA 17067


Exxon Card Services
P.O. Box 103032
Roswell, GA 30076


F. Vernon Boozer, Esquire
Covahey & Boozer, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD 21204


F. Vernon Boozer, Esquire
Covahey & Boozer, P.A.
614 Bosley Avenue
Towson, MD 21204


Falcon Cable TV
P.O. Box 78063
Phoenix, AZ 85062-8063


Fim Publishing, Inc.
P.O. Box 201
Phoenix, MD 21131

Financial Federal Credit, Inc.
400 Park Avenue
New York, NY 10022


Firestone
2048 West Street
Annapolis, MD 21401


First Mariner Bank
c/o John R. Wise, Esq.
Thomas & Libowitz
100 Light Street, Ste. 1100
Baltimore, MD 21202-1053


Flint River Outdoor Wear, Inc.
P.O. Box 9105
Columbus, GA 31908-9105


Ford Motor Credit Corporation
P.O. Box 3076
Columbia, MD 21045


Ford Motor Credit Corporation
1335 S. Clearview Avenue
Mesa, AZ 85208


Forked River Freezer, Inc.
105 Route 9
P.O. Box 417
Forked River, NJ 08731


Frank W. Winne & Sons, Inc.
P.O. Box 7780-4281
Philadelphia, PA 19182-4281


Freestate Septic
1515 Governor Bridge Rd.
Davidsonville, MD 21035

Furnival Machinery
P.O. Box 8500-51733
Philadelphia, PA 19178


G.D.C., Inc.
P.O. Box 317
Lorton, VA 22199


GTR, Inc.
P.O. Box 598
Bladensburg, MD 20710


Gershman, Brickner & Bratton, Inc.
8550 Arlington Blvd.
Fairfax, VA 22031-4620


Godwin Pumps
P.O. Box 191
Bridgeport, NJ 08014


Golden Eagle
1733 Gunn Highway
Odessa, FL 33556


Goldsboro


Goose Bay Aggregates
4516 "S" Street
Capitol Heights, MD 21784


Grainger
8820 Citation Road
Baltimore, MD 21221-3190


Greentree Financial
1100 Landmark Towers
345 Saint Peter Street
St. Paul, MN 55101

Greenwald Industrial Products

2507 51st Avenue
Hyattsville, MD 20781-1204


H&J Amoco
738 N. Rte 3
Gambrills, MD 21054


HHA Sports
7222 Townline Road
Wisconsin Rapids, WI 54494


HRH
2275 Research Blvd.
Suite 300
Rockville, MD 20850


Haas Outdoors, Inc.
c/o Clay County Bank
P.O. Box 1337
West Point, MS 39773


Hal Brown Co.
16 East Industrial Road
Branford, CT 06406-9998


Harbor Spice


Hardin Kight Associates
7524 WB&A Road
Suite 100
Glen Burnie, MD 21061


Harvey & Harvey
P.O. Box 3033
Wilmington, DE 19804

Harvey Salt Co., Inc.
800 Lomax Street
P.O. Box 57
Easton, MD 21601

Heckler & Koch
21480 Pacific Boulevard
Sterling, VA 20166-8903

Henry's
P.O. Drawer 1107
Highway 24 West
Morehead City, NC 28557

Hopkins Sales Co., Inc.
800 Lomax Street
P.O. Box 57
Easton, MD 21601

Hoyt USA
543 N. Neil Armstrong Road
Salt Lake City, UT 84116-2887

IQS Enterprises
2501 Boston Street, Suite 301
Baltimore, MD 21224

Injured Workers Insurance Fund
8722 Loch Raven Blvd.
Towson, MD 21286-2235

Internal Revenue Service
Philadelphia, PA 19255

Internal Revenue Service
Special Procedures Branch
31 Hopkins Plaza, Room 1140
Baltimore, MD 21201

J. Ronald Dashiell & Sons, Inc.
Route 13 North
Salisbury, MD 21801


J. Ronald Dashiell & Sons, Inc.
c/o Adkins, Potts & Smethurst, LLP
One Plaza East, 6th Floor
Salisbury, MD 21803


JKC Stadium, Inc.
Raljon, MD 20785


James Carbine


Jerol Moore Landscaping
P.O. Box 837
Cambridge, MD 21613


Jerry's Sports Center
P.O. Box 121
Main Street
Forest City, PA 18421


John Adams Trucking
10603 Cross Road Trail
Brandywine, MD 20613


John Whalen
2 Lake Somerset Drive
Bluffton, SC 29910


Kenco Jarv-Eels
778 Laurels Way
Arnold, MD 21012


Knight & Manzi
14440 Old Mill Road
Upper Marlboro, MD 20772

LaCrosse Footwear
1407 St. Andrew Street
P.O. Box 1328
LaCrosse, WI 54602-1328

Martin Archery, Inc.
Route 5, Box 127
Walla Walla, WA 99362

Maryland Dept. of Agriculture
50 Harry S. Truman Pkwy
Annapolis, MD 21401

Masterpiece Creations-Vol. Services
1600 Raljon Road
Raljon, MD 20785

Mather Companies
10540 York Road
Cockeysville, MD 21030

Matrix/Times

McCrone
207 N. Liberty Street, Suite 100
Centreville, MD 21617

McGuire, Woods, Battle & Boothe
One James Center
901 East Cary Street
Richmond, VA 23219

Mellon Mortgage Company
1775 Sherman Street
Suite 1500
Denver, CO 80203-4302

Melton Shirt Company
56 Harvester Avenue
Batavia, NY 1400

Mercantile Safe Deposit & Trust
2 Hopkins Plaza, Ste. 200
Baltimore, MD 21201


Merchants, Inc.
9073 Euclid Avenue
Manassas, VA 20110


Merrill Lynch Credit Corporation
P.O. Box 4210
Carol Stream, IL 60197-4210


Merrill Lynch Credit Corporation
4802 Deer Lake Drive, East
Jacksonville, FL 32246


Merrill Lynch Credit Corporation
4802 Deer Lake Drive, East
Jacksonville, FL 32246


Milton James Company
8411 Pulaski Highway
Baltimore, MD 21237-3094


Nationwide Archery
Route 11 South, P.O. Box 67
Mint Spring, VA 24463


Natter Services
2086 Generals Highway
Suite 302
Annapolis, MD 21401


Newcourt Financial
501 Office Center Drive
Fort Washington, PA 19034


Oak Grove Marine Center
2820-30 Solomons Island Road
Edgewater, MD 21037

Office Depot
P.O. Box 30292
Salt Lake City, UT 84130-0292

Orix Credit Alliance, Inc.
7250 Parkway Drive
Hanover, MD 21076

Outback Trading Company
39 South Third Street
Oxford, PA 19363

Outland Sports, Inc.
P.O. Box 413974
Kansas City, MO 64141-3974

Overland Transporation Svcs., Inc.
4820-A Frolich Lane
Hyattsville, MD 20781

Owen & Sparrow, LLC
P.O. Box 1595
Lorton, VA 22199

P&H Auto Electric, Inc.
P.O. Box 25889
Baltimore, MD 21224-0589

Pappy, Inc.
1020 Oak Avenue
Joppa, MD 21085

Pella Products
P.O. Box 217
Pella, IA 83861-0618

Pitney Bowes
P.O. Box 41067
Norfolk, VA 23541-1067

Porvair Corporation


Potomac Communications Group
1720 I Street NW, Suite 800
Washington, D.C. 20006


Potomac Landfill, Inc.
600 Green Tree Lane
Dumfries, VA 22026


Potter & Potter
P.O. Box 1890
Rockville, MD 20849


Precision Shooting
P.O. Box 5487
Tucson, AZ 85703


Prince George's County
Treasury Division
Room 1090, P.O. Box 1700
Upper Marlboro, MD 20773-1700


Principal Mutual
711 High Street
Des Moines Iowa 50392


Queen Anne's County - Recs. & Parks
1945 4-H Park Road
P.O. Box 37
Centreville, MD 21617


Queen Anne's Sanitary District
P.O. Box 239
Chester, MD 21617


Qwest

RUST
P.O. Box 73981
Chicago, IL 60673-7981

Rhoda Van Leer
6395 Genoa Road
Fair Haven, MD 20754

Richard N. Moseman
4150 Fig Tree Lane
Redding, CA 96049

Rite-Way
4751 Lydell Road
Cheverly, MD 20781

Robert D. Cheeley
435 Old Homestead Trail
Duluth, GA 30097

Roberts Oxygen
15830 Redland Road
P.O. Box 5507
Rockville, MD 20855

Rocky Shoes & Boots
39 E. Canal Street
Nelsonville, OH 45764

Rosen, Sapperstein & Friedlander
10055 Red Run Blvd., Suite 150
Owings Mills, MD 21117

S.M. Christhilf
112 West Timonium Rd
Timonium, MD 21093

Scent-Lok

Sealskin


See Environmental Services
45 Old Solomons Road, Suite 105
Annapolis, MD 21401


Shipley & Horne
1101 Mercantile Lane, Suite 240
Largo, MD 20774


Siskind, Grady, Rosen & Hoover
2 East Fayette Street
Baltimore, MD 21202


Smail
4317 Northview Drive
Bowie, MD 20716


Sneades
1750 Prosper Lane
Owings, MD 20736


Soule & Associates
122 Arlington Road
Salisbury, MD 21801


Southern Maryland Oil
P.O. Box E
La Plata, MD 20646


St. Paul Fire & Marine Insurance


Stanley Scruggs Game Calls
635 Houchins Road
Christianburb, VA 24073

Staples
P.O. Box 30292
Salt Lake City, UT 84130-0292


Star Democrat, The


State Dept. of Assessments and Tax.
301 W. Preston Street
Baltimore, MD 21201


Sturn, Wagner & Sacclaris, LLC
One Annapolis Street, Second Fl.
Annapolis, MD 21401-1326


Swift Instruments
952 Dorchester Ave.
Dorchester, MA 02125


Syd Farrar


T&T Deer Calls & Scents
942 Butler Pike
Mercer, PA 16137


Taylor Electric Supply Co., Inc.
2211 Greenspring Drive
P.O. Box 4823
Timonium, MD 21093


Taylor Oil
P.O. Box 332
Salisbury, MD 21803-0332


Texaco
P.O. Box 31129
Tampa, FL 33631-3129

Texas Hunting Products
P.o. Box 440296
Houston, TX 77244


The CIT Group
1540 West Fountainhead Parkway
Tempe, AZ 85282


The Fisherman
524 Savannah Road
Lewes, DE 19958


The Milton James Company
8411 Pulaski Highway
Baltimore, MD 21237-3094


Tilson & Becker
3655 A Old Court Road, Suite 5
Baltimore, MD 21208


Tom & Lib Trucking
19801 Aquasco Road
Aquasco, MD 20608


Unishippers
3135-24 New Germany Road
Ebensburg, PA 15931


United Parcel Service
P.O. Box 4980
Hagerstown, MD 21747-7980


Utica National Insurance Group
P.O. Box 6352
Utica, NY 13504-6532


Valley Gases
P.O. Box 6378
Wheeling, WV 26003-0615

Viking Office Products
P.O. Box 465644
Cincinnati, OH 45246-5644

Virginia Department of Taxation
P.O. Box 760
Richmond, VA 23218

Volume Services
1600 Raljon Road
Raljon, MD 20785

WSSC
14501 Sweitzer Lane
Laurel, MD 20707

Walls Industries
P.O. Box 98
Cleburne, TX 76033

Wally Putkowski
3206 Eagles Nest Drive
Bowie, MD 20716-3109

Washington Air Compressor
  Rental Co., Inc.
4622 42nd Place
Hyattsville, MD 20781

Waste Management
P.O. Box 66963
Chicago, IL 60666-0963

Wicomico County, Maryland
P.O. Box 4036
Salisbury, MD 21803-4036

Widdowson & Dashiell, P.A.
Port Exchange Bldg
312 W. Main Street
Salisbury, MD 21803

Williams, Hammond, Moore, Shockley
  & Harr
3509 Coastal Hwy, P.O. Box 739
Ocean City, MD 21842

YellowBook
1300 Morris Drive
Chesterbrook Corp Center
Wayne, PA 19087

# UNITED STATES BANKRUPTCY CODE

### District of Maryland
### (Baltimore Division)

In re: Van Leer, II, Blake R.
      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

Case No. _____
Chapter 11

*Amended* # List of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mercantile Safe Deposit & Trust<br>2 Hopkins Plaza, Ste. 200<br>Baltimore, MD 21201 | ( ) - | | | 4,511,274.20<br><br>SECURED VALUE:<br>1,100,000.00 |
| Dashco, Inc.(Adler Financial Group)<br>11350 Random Hills Road, Suite 720<br>Fairfax, VA 22030 | ( ) - | | | 2,500,000.00 |
| McGuire, Woods, Battle & Boothe<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | ( ) - | | CONTINGENT<br><br>DISPUTED | 1,402,390.00 |
| First Mariner Bank<br>c/o John R. Wise, Esq.<br>Thomas & Libowitz<br>100 Light Street, Ste. 1100<br>Baltimore, MD 21202-1053 | ( ) - | | | 1,390,000.00<br><br>SECURED VALUE:<br>390,000.00 |
| Robert D. Cheeley<br>435 Old Homestead Trail<br>Duluth, GA 30097 | ( ) - | | | 1,200,000.00 |
| JKC Stadium, Inc.<br>Raljon, MD 20785 | ( ) - | | CONTINGENT<br><br>DISPUTED | 963,624.00 |
| Internal Revenue Service<br>Philadelphia, PA 19255 | ( ) - | | | 642,000.00 |
| Orix Credit Alliance, Inc.<br>7250 Parkway Drive<br>Hanover, MD 21076 | ( ) - | | CONTINGENT<br><br>DISPUTED | 614,097.32 |

**Form 4 - Page 1**

# UNITED STATES BANKRUPTCY COURT
### District of Maryland
### (Baltimore Division)

In re: Van Leer, II, Blake R.
      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

Case No. _____
Chapter 11

# List of Creditors Holding 20 Largest Unsecured Claims

| | | | |
|---|---|---|---|
| Internal Revenue Service<br>Philadelphia, PA 19255 | ( ) - | | 556,000.00 |
| Financial Federal Credit, Inc.<br>400 Park Avenue<br>New York, NY 10022 | ( ) - | CONTINGENT<br><br>DISPUTED | 533,310.86 |
| Richard N. Moseman<br>4150 Fig Tree Lane<br>Redding, CA 96049 | ( ) - | | 450,000.00 |
| Siskind, Grady, Rosen & Hoover<br>2 East Fayette Street<br>Baltimore, MD 21202 | ( ) - | | 314,314.84 |
| Colonial Pacific Leasing<br>P.O. Box 2090<br>Portland, OR 97208 | ( ) - | CONTINGENT<br><br>DISPUTED | 290,762.16 |
| Internal Revenue Service<br>Philadelphia, PA 19255 | ( ) - | | 200,000.00 |
| Elliot & Frantz<br>P.O. Box 1514<br>King of Prussia, PA 19406-0914 | ( ) - | CONTINGENT<br><br>DISPUTED | 167,701.60 |
| Comptroller of the Treasury<br>Compliance Division<br>301 West Preston Street, Room 409<br>Baltimore, MD 21201 | ( ) - | | 162,000.00 |
| Milton James Company<br>8411 Pulaski Highway<br>Baltimore, MD 21237-3094 | ( ) - | CONTINGENT<br><br>DISPUTED | 151,425.00 |

Form 4 - Page 2

# UNITED STATES BANKRUPTCY COURT

### District of Maryland
### (Baltimore Division)

In re: Van Leer, II, Blake R.
      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

Case No. _____
Chapter 11

# List of Creditors Holding 20 Largest Unsecured Claims

| | | | |
|---|---|---|---|
| Furnival Machinery<br>P.O. Box 8500-51733<br>Philadelphia, PA 19178 | ( ) - | CONTINGENT<br><br>DISPUTED | 143,158.36 |
| Potomac Landfill, Inc.<br>600 Green Tree Lane<br>Dumfries, VA 22026 | ( ) - | CONTINGENT<br><br>DISPUTED | 131,634.15 |
| Virginia Department of Taxation<br>P.O. Box 760<br>Richmond, VA 23218 | ( ) - | | 124,000.00 |

Date: _10-18-99_____

_Blake R. V.L._ (signature)
Blake R. Van Leer, II

Form 4 - Page 3

# UNITED STATES BANKRUPTCY COURT

District of Maryland
(Baltimore Division)

In re: Van Leer, II, Blake R.
    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

Case No. _____
Chapter 11

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | 2,990,000.00 | ▓▓▓▓ | ▓▓▓▓ |
| B – Personal Property | YES | 3 | 1,579,150.00 | ▓▓▓▓ | ▓▓▓▓ |
| C – Property Claimed As Exempt | YES | 1 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| D – Creditors Holding Secured Claims | YES | 2 | ▓▓▓▓ | 9,324,274.20 | ▓▓▓▓ |
| E – Creditors Holding Unsecured Priority Claims | YES | 3 | ▓▓▓▓ | 0.00 | ▓▓▓▓ |
| F – Creditors Holding Unsecured Nonpriority Claims | YES | 26 | ▓▓▓▓ | 10,713,190.00 | ▓▓▓▓ |
| G – Executory Contracts and Unexpired Leases | YES | 1 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| H – Codebtors | YES | 1 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| I – Current Income of Individual Debtor(s) | YES | 1 | ▓▓▓▓ | ▓▓▓▓ | 0.00 |
| J – Current Expenditures of Individual Debtor(s) | YES | 1 | ▓▓▓▓ | ▓▓▓▓ | 0.00 |
| Total Number of sheets in ALL Schedules » | | 40 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| Total Assets » | | | 4,569,150.00 | ▓▓▓▓ | ▓▓▓▓ |
| Total Liabilities » | | | | 20,037,464.20 | |

In re: Van Leer, II, Blake R.     Case No. _____
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

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence located at 10 Grays Road, Harwood, Maryland 20776 | fee simple | J | 390,000.00 | 390,000.00 |
| Residence located at 4760 Bayfield Road, Harwood, Maryland 20776 | fee simple | J | 1,100,000.00 | 1,100,000.00 |
| Residence located at 6395 Genoa Road, Fair Haven, Maryland 20754 | fee simple | | 1,500,000.00 | 1,500,000.00 |

TOTAL »   2,990,000.00

In re: Van Leer, II, Blake R.  Case No. _____
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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | cash | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Mellon Bank | | 100.00 |
| | Mercantile Bank | | 100.00 |
| | Merrill Lynch | | 2,000.00 |
| | Merrill Lynch Securities Pledge Account for 100 Mortgage | | 450,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | same | | 0.00 |
| | see attachment | | 20,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | see attachment | | 5,000.00 |
| 6. Wearing apparel. | clothing | | 100.00 |
| 7. Furs and jewelry. | watch | | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | 5 guns | | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | NONE | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | Cross Road Trails, Inc. | | 0.00 |
| | Dashiell Realty, Inc. | | 0.00 |
| | Garnet Development, LLC | | 0.00 |
| | Garnet of Delaware, Inc. | | 0.00 |
| | Rollins Avenue, Inc. | | 0.00 |

In re: Van Leer, II, Blake R.    Case No. _____
      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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| | Rollins Recycling, Inc. | | 0.00 |
| | Sportsman Land Company, LLC | | 0.00 |
| | Sportsman Service, Inc. | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give details. | NONE | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | |
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property. Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | King George Landfill--annual royalty payments.  Payments are completely encumbered by Mercantile Bank. Consequently, Debtor receives no remuneration. | | 1,100,000.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | NONE | | 0.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |

In re: Van Leer, II, Blake R.
    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



Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed. Itemize. | NONE | | 0.00 |

TOTAL »     1,579,150.00



| Household Items& Personal Items | Value |
|---|---|
| Four Drawer Chest W/Mirror Dresser | $ 400.00 |
| Five Drawer Chest W/Mirror Dresser | $ 500.00 |
| 19" TV Zenn. W/ Table One Drawer | $ 400.00 |
| Night Stand W/Lamp Two Drawer | $ 200.00 |
| Dresser Five Drawer W/Mirror | $ 500.00 |
| Four Poster Bed | $ 1,000.00 |
| Rugs  Two Throw | $ 400.00 |
| Five Drawer Chest W/Mirror Dresser | $ 500.00 |
| Six Drawer Chest W/Mirror Dresser | $ 400.00 |
| Sleigh Bed Queen Size | $ 600.00 |
| Six Drawer Chest W/Mirror Dresser | $ 500.00 |
| Dresser Five Drawer W/Mirror | $ 500.00 |
| Sleigh Bed Queen Size | $ 700.00 |
| Night Stand W/Lamp Two Drawer | $ 500.00 |
| Table 40" Oak | $ 500.00 |
| Side Bar Four Drawer Oak | $ 700.00 |
| Side Bar Two Drawer Oak | $ 700.00 |
| Side Bar Five Drawer Oak | $ 400.00 |
| Table 60" Oak W/ Six Chairs | $ 800.00 |
| Ice Chest Oak Two Drawer | $ 500.00 |
| Lounge Chairs | $ 500.00 |
| Sofa 60" | $ 500.00 |
| 50" Table W/Four Chairs | $ 500.00 |
| Coffee Table | $ 200.00 |
| Stair Master | $ 500.00 |
| Jogging Track | $ 500.00 |
| Universal Gym | $ 2,000.00 |
| Display Case Two | $ 500.00 |
| Coffee Table | $ 400.00 |
| Couch Leather | $ 400.00 |
| Love Seat Leather | $ 300.00 |
| Chair Leather | $ 300.00 |
| Tv 45" Misb. | $ 800.00 |
| Computer Desk W/Comupac Computer | $ 500.00 |
| 13" TV | $ 200.00 |
| Watch One Wrist | $ 400.00 |
| Pots,Pans,Dishes, etc.... | $ 400.00 |
| Pictures assorted | $ 400.00 |
|  | $ 20,000.00 |

In re: Van Leer, II, Blake R.
    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

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[ ] 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

[X] 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Mellon Bank | ACM, C & JP § 11-504(f) | 100.00 | 100.00 |
| cash | ACM, C & JP § 11-504(f) | 50.00 | 50.00 |
| same | ACM, C & JP § 11-504(b)(4) | 500.00 | 0.00 |
| see attachment | ACM, C & JP § 11-504(f)<br>ACM, C & JP § 11-504(b)(5) | 2,350.00<br>3,000.00 | 20,000.00 |

# TOTALS BY EXEMPTION LAW

| EXEMPTION LAW | HUSBAND | WIFE | JOINT | COMMUNITY | EXEMPTION TOTAL | MARKET VALUE TOTAL |
|---|---|---|---|---|---|---|
| ACM, C & JP § 11-504(b)(4) | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 |
| ACM, C & JP § 11-504(b)(5) | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 20,000.00 |
| ACM, C & JP § 11-504(f) | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 20,150.00 |

Schedule C - Page 1

In re: Van Leer, II, Blake R.
    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



Case No. _____

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO.      YES<br>First Mariner Bank<br>c/o John R. Wise, Esq.<br>Thomas & Libowitz<br>100 Light Street, Ste. 1100<br>Baltimore, MD 21202-1053 | | | Security Agreement<br><br>Residence located at 10 Grays Road, Harwood, Maryland 20776<br><br><br>VALUE $   390,000.00 | | 1,500,000.00 | 1,390,000.00 |
| ACCOUNT NO. 5803207280   YES  J<br>Mellon Mortgage Company<br>1775 Sherman Street<br>Suite 1500<br>Denver, CO 80203-4302 | | | Mortgage<br><br>Residence located at 10 Grays Road, Harwood, Maryland<br><br>VALUE $   390,000.00 | | 280,000.00 | 0.00 |
| ACCOUNT NO.      YES<br>Mercantile Safe Deposit & Trust<br>2 Hopkins Plaza, Ste. 200<br>Baltimore, MD 21201 | | | lien<br><br>King George Landfill--annual royalty payments. Payments are completely encumbered by Mercantile Bank. Consequently, Debtor receives no remuneration.<br>VALUE $  1,100,000.00 | | 5,611,274.20 | 4,511,274.20 |
| ACCOUNT NO. 2823011     NO<br>Merrill Lynch Credit Corporation<br>P.O. Box 4210<br>Carol Stream, IL 60197-4210<br><br>Merrill Lynch Credit Corporation<br>4802 Deer Lake Drive, East<br>Jacksonville, FL 32246 | | | Mortgage<br><br>Residence located at 6395 Genoa Road, Fair Haven, Maryland<br><br>VALUE $  1,500,000.00 | | 733,000.00 | 0.00 |

Subtotal▶
(Total of this page)

| 8,124,274.20 |
|---|

In re: Van Leer, II, Blake R.                    Case No. _____
       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

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO.                              YES    J | | | mortgage | | 1,200,000.00 | 0.00 |
| Merrill Lynch Credit Corporation P.O. Box 4210 Carol Stream, IL 60197-4210 | | | Residence located at 4760 Bayfield Road, Harwood, Maryland and Merrill Lynch Securities Pledge Account for 100 Mortgage | | | |
| F. Vernon Boozer, Esquire Covahey & Boozer, P.A. 606 Baltimore Avenue, Suite 302 Towson, MD 21204 | | | VALUE $   1,550,000.00 | | | |
| F. Vernon Boozer, Esquire Covahey & Boozer, P.A. 614 Bosley Avenue Towson, MD 21204 | | | | | | |
| Merrill Lynch Credit Corporation 4802 Deer Lake Drive, East Jacksonville, FL 32246 | | | | | | |

Subtotal»    1,200,000.00
(Total of this page)

TOTAL »    9,324,274.20

Schedule D - Page 2 of 2

In re: Van Leer, II, Blake R.     Case No. _____
   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

# Schedule E - Creditors Holding Unsecured Priority Claims

[ ]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority

## [ ] Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

## [ ] Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives, up to a maximum of $4000* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

## [ ] Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

## [ ] Certain farmers and fishermen

Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

## [ ] Deposits by individuals

Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

## [X] Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

## [X] Taxes and Other Certain Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

## [ ] Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

## [ ] Other Priority Debts

In re: Van Leer, II, Blake R.                                    Case No. _____
        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

# Schedule E - Creditors Holding Unsecured Priority Claims

## TYPE OF PRIORITY: Alimony, Maintenance, or Support

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCOUNT NO.                          NO | | | | | 25,000.00 | 25,000.00 |
| Rhoda Van Leer 6395 Genoa Road Fair Haven, MD 20754 | | | alimony | | | |
| | | | Subtotal » (Total of this page) | | 25,000.00 | |

Schedule E - Page 2 of 3

In re: Van Leer, II, Blake R.          Case No. _____
      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

# Schedule E - Creditors Holding Unsecured Priority Claims

## TYPE OF PRIORITY: Taxes and other certain debts owed to governmental units

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCOUNT NO.              NO<br>Comptroller of the Treasury<br>Compliance Division<br>301 West Preston Street, Room 409<br>Baltimore, MD 21201 | | | 1996 Income Tax | | 162,000.00 | 162,000.00 |
| ACCOUNT NO.              NO<br>Comptroller of the Treasury<br>Compliance Division<br>301 West Preston Street, Room 409<br>Baltimore, MD 21201 | | | 1997 Income Tax | | 113,000.00 | 113,000.00 |
| ACCOUNT NO.              NO<br>Internal Revenue Service<br>Philadelphia, PA 19255<br><br>Internal Revenue Service<br>Special Procedures Branch<br>31 Hopkins Plaza, Room 1140<br>Baltimore, MD 21201 | | | 1996 Income Tax | | 556,000.00 | 556,000.00 |
| ACCOUNT NO.              NO<br>Internal Revenue Service<br>Philadelphia, PA 19255 | | | IRS Audit | | 200,000.00 | 200,000.00 |
| ACCOUNT NO.              NO<br>Internal Revenue Service<br>Philadelphia, PA 19255 | | | 1997 Income Tax | | 642,000.00 | 642,000.00 |
| ACCOUNT NO.              NO<br>Virginia Department of Taxation<br>P.O. Box 760<br>Richmond, VA 23218 | | | 1996 Income Tax | | 124,000.00 | 124,000.00 |

Subtotal »
(Total of this page)          1,797,000.00

In re: Van Leer, II, Blake R.
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. TEN21619S<br><br>10x Products Group<br>P.O. Box 200880, Dept. 200<br>Dallas, TX 75320-0880 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 5,326.29 |
| ACCOUNT NO. 6760<br><br>A.L.S. Enterprises, Inc.<br>821 W. Western<br>Muskegon, MI 49441 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,785.71 |
| ACCOUNT NO. 6252<br><br>ADC<br>6440 General Green Way<br>Alexandria, VA 22312 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 543.57 |
| ACCOUNT NO. TIN/HER<br><br>ADP<br>11411 Red Run Blvd.<br>Owings Mills, MD 21117 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,200.00 |
| ACCOUNT NO. 010385S00547<br><br>ADT<br>6855 Deerpath Road<br>Elkridge, MD 21075 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,525.65 |
| ACCOUNT NO. SPO16<br><br>AMPS (Sportsmans) | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 190.00 |
| ACCOUNT NO. 3016434545<br><br>ARS Solutions, Ltd.<br>Suite 214, 225 N. Benton Drive<br>Sauk Rapids, MN 56379 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 133.29 |

Subtotal »  
(Total of this page)  **10,704.51**

In re: Van Leer, II, Blake R.    Case No. _____
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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Acusport<br>P.O. Box 710764<br>Cincinnati, OH 45271-0764 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 57,103.66 |
| ACCOUNT NO. 20380-00M<br><br>Adkins, Potts & Smethurst<br>One Plaza East 6th Floor<br>Salisbury, MD 21803 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 38,959.18 |
| ACCOUNT NO.<br><br>Advanta Business Services Corp.<br>P.O. Box 15110<br>Wilmington, DE 19886 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 30,206.23 |
| ACCOUNT NO. 700019-2410-0000<br><br>Affinity Network, Inc.<br>P.O. Box 64251<br>Baltimore, MD 21264 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,154.02 |
| ACCOUNT NO. 32291<br><br>Alban Tractor<br>Dept. 65<br>Tulsa, OK 74182-0001 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 49,971.40 |
| ACCOUNT NO. 35930<br><br>Allied Trailer<br>P.O. Box 427<br>Savage, MD 20763 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 292.00 |
| ACCOUNT NO. 1618100001397<br><br>American Arbitration Association | NO | | | | 1,221.57 |

Subtotal »
(Total of this page)           | 178,908.06 |

In re: Van Leer, II, Blake R.
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 3732783374751000<br><br>American Express<br>P.O. Box 42010<br>Philadelphia, PA 19162-4201 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 18,914.20 |
| ACCOUNT NO.<br><br>Arnold Brothers/Perry's<br>151 Oakland Road<br>Oakland, MD 21550 | NO | | alleged guaranty | | 42,355.06 |
| ACCOUNT NO.<br><br>Atlantic Waste Disposal, Inc.<br>3474 Atlantic Lane<br>Waverly, VA 23890 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 19,594.99 |
| ACCOUNT NO.<br><br>Avery Outdoors, Inc.<br>P.O. Box 297<br>Memphis, TN 38101-0297 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 2,264.87 |
| ACCOUNT NO. 70481-58351<br><br>BG&E<br>P.O. Box 1431<br>Baltimore, MD 21297-0210 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,250.00 |
| ACCOUNT NO.<br><br>Bartlett<br>P.O. Box 462<br>Chantilly, VA 20153 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 29,039.52 |
| ACCOUNT NO. VARIOUS<br><br>Bay Country Security<br>P.O. Box 943<br>Cambridge, MD 21613 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,060.50 |

Subtotal »
(Total of this page)

114,479.14

In re: Van Leer, II, Blake R.
         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                                              Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO- DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 5006-0000<br><br>Bear Archery, Inc.<br>4600 SW 41st Blvd<br>Gainsville, FL 32608-4999 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 5,062.37 |
| ACCOUNT NO. VARIOUS<br><br>Bell Atlantic<br>P.O. Box 646<br>Baltimore, MD 21265-0646 | NO | | alleged guaranties | CONTINGENT<br><br>DISPUTED | 2,459.67 |
| ACCOUNT NO. 80085215800001<br><br>Bell Atlantic Mobile<br>P.O. Box 64268<br>Baltimore, MD 21264-4268 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 5,800.00 |
| ACCOUNT NO.<br><br>Ben Carr | NO | | | | 9,600.00 |
| ACCOUNT NO. 008155<br><br>Brock Tool & Supply<br>1200 66th Street<br>Baltimore, MD 21237 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 1,352.04 |
| ACCOUNT NO. 191430250<br><br>Browning<br>P.O. Box 239<br>St. Louis, MO 63150-0239 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 5,023.97 |
| ACCOUNT NO.<br><br>CIT Group<br>1540 West Fountainhead Pkwy<br>Tempe, AZ 85282 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 121,485.24 |

                                                    Subtotal »
                                              (Total of this page)        150,783.29

Schedule F - Page 4 of 26

In re: Van Leer, II, Blake R.
   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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 14367483602<br><br>Cananwill Inc.<br>P.O. Box 8470<br>Philadelphia, PA 19101-8470 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 9,645.21 |
| ACCOUNT NO. SP807595<br><br>Carry-Lite, Inc.<br>5203 West Clinton Avenue<br>Milwaukee, WI 53223-4781 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 16,601.63 |
| ACCOUNT NO. 337508<br><br>Carter Machinery Company, Inc.<br>P.O. Box 751053<br>Charlotte, NC 28275-1053 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 29,924.36 |
| ACCOUNT NO.<br><br>Cellular One<br>P.O. Box 64651<br>Baltimore, MD 21264-4651 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 18,881.70 |
| ACCOUNT NO.<br><br>Charles County<br>P.O. Box B<br>La Plata, MD 20646 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 7,500.00 |
| ACCOUNT NO.<br><br>Cliff Weil, Inc. (Sportsmans) | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 799.09 |
| ACCOUNT NO.<br><br>Colonial Pacific Leasing<br>P.O. Box 2090<br>Portland, OR 97208 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 290,762.16 |

Subtotal »
(Total of this page)

374,114.15

In re: Van Leer, II, Blake R.  
    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                                      Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| **ACCOUNT NO. 7309**<br>**Columbia Sportwear Company**<br>**P.O. Box 83239**<br>**Portland, OR 97283-0239** | NO | | **alleged guaranty** | CONTINGENT<br>DISPUTED | 15,587.00 |
| **ACCOUNT NO.**<br>**Columbus McKinnon Corp.**<br>**140 John James Audobon Parkway**<br>**Amherst, NY 14228** | NO | | **alleged guaranty** | CONTINGENT<br>DISPUTED | 76,016.03 |
| **ACCOUNT NO. CLIENT #375**<br>**Comcast Advertising Sales**<br>**P.O. Box 1620**<br>**Easton, MD 21601** | NO | | **alleged guaranty** | CONTINGENT<br>DISPUTED | 1,031.00 |
| **ACCOUNT NO.**<br>**Comptroller of the Treasury**<br>**P.O. Box 17405**<br>**Baltimore, MD 21297-1405** | NO | | | CONTINGENT<br>DISPUTED | 0.00 |
| **ACCOUNT NO. 2730147461**<br>**Conectiv** | NO | | **alleged guaranty** | CONTINGENT<br>DISPUTED | 3,548.40 |
| **ACCOUNT NO. 96023**<br>**Daft, McCune, Walker, Inc.**<br>**200 East Pennsylvania Avenue**<br>**Towson, MD 21286** | NO | | **alleged guaranty** | CONTINGENT<br>DISPUTED | 5,662.18 |
| **ACCOUNT NO. 12813**<br>**Daily Times**<br>**115 E. Carroll Street**<br>**Salisbury, MD 21802** | NO | | **alleged guaranty** | CONTINGENT<br>DISPUTED | 6,374.90 |

Subtotal »  
(Total of this page)    108,219.51

In re: Van Leer, II, Blake R.
    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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dashco, Inc.(Adler Financial Group)<br>11350 Random Hills Road, Suite 720<br>Fairfax, VA 22030 | | YES | | | 2,500,000.00 |
| ACCOUNT NO.<br><br>Doug Ball (Marwood Security Group)<br>11206 River View Drive<br>Potomac, MD 20854 | | NO | alleged guaranty | CONTINGENT<br>DISPUTED | 2,040.00 |
| ACCOUNT NO.<br><br>Downes & Gregory | | NO | | | 6,561.25 |
| ACCOUNT NO. 020126418<br><br>Dryden Oil Company<br>P.O. Box 64715<br>Baltimore, MD 21264 | | NO | alleged guaranty | CONTINGENT<br>DISPUTED | 5,810.68 |
| ACCOUNT NO. 2460<br><br>E. Stewart Mitchell<br>P.O. Box 2799<br>Baltimore, MD 21225 | | NO | alleged guaranty | CONTINGENT<br>DISPUTED | 3,322.60 |
| ACCOUNT NO. SPO100<br><br>Easton Ice Co., Inc.<br>108 East Drive<br>Easton, MD 21601 | | NO | alleged guaranty | CONTINGENT<br>DISPUTED | 4,353.15 |
| ACCOUNT NO. 33511<br><br>Elliot & Frantz<br>P.O. Box 1514<br>King of Prussia, PA 19406-0914 | | NO | alleged guaranty | CONTINGENT<br>DISPUTED | 167,701.60 |

Subtotal »
(Total of this page)

| 2,689,789.28 |
|---|

In re: Van Leer, II, Blake R.
        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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Enviroquip <br> 341 King Street <br> Myerstown, PA 17067 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 2,123.94 |
| ACCOUNT NO. 3696184278 <br><br> Exxon Card Services <br> P.O. Box 103032 <br> Roswell, GA 30076 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 16,696.51 |
| ACCOUNT NO. 8788 14 011 0081290 <br><br> Falcon Cable TV <br> P.O. Box 78063 <br> Phoenix, AZ 85062-8063 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 71.01 |
| ACCOUNT NO. <br><br> Fim Publishing, Inc. <br> P.O. Box 201 <br> Phoenix, MD 21131 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 1,059.90 |
| ACCOUNT NO. 07-970808-03 <br><br> Financial Federal Credit, Inc. <br> 400 Park Avenue <br> New York, NY 10022 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 533,310.86 |
| ACCOUNT NO. 102043227 <br><br> Firestone <br> 2048 West Street <br> Annapolis, MD 21401 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 5,631.33 |
| ACCOUNT NO. VAP16401 <br><br> Flint River Outdoor Wear, Inc. <br> P.O. Box 9105 <br> Columbus, GA 31908-9105 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 1,109.34 |

Subtotal »
(Total of this page)

560,002.89

In re: Van Leer, II, Blake R.
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ford Motor Credit Corporation<br>P.O. Box 3076<br>Columbia, MD 21045 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 47,902.08 |
| ACCOUNT NO.<br><br>Ford Motor Credit Corporation<br>1335 S. Clearview Avenue<br>Mesa, AZ 85208 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 0.00 |
| ACCOUNT NO.<br><br>Forked River Freezer, Inc.<br>105 Route 9<br>P.O. Box 417<br>Forked River, NJ 08731 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 738.00 |
| ACCOUNT NO. 7972<br><br>Frank W. Winne & Sons, Inc.<br>P.O. Box 7780-4281<br>Philadelphia, PA 19182-4281 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 6,236.68 |
| ACCOUNT NO.<br><br>Freestate Septic<br>1515 Governor Bridge Rd.<br>Davidsonville, MD 21035 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 535.57 |
| ACCOUNT NO. 351790<br><br>Furnival Machinery<br>P.O. Box 8500-51733<br>Philadelphia, PA 19178 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 143,158.36 |
| ACCOUNT NO.<br><br>G.D.C., Inc.<br>P.O. Box 317<br>Lorton, VA 22199 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 11,720.00 |

Subtotal »
(Total of this page)

210,290.69

In re: Van Leer, II, Blake R.                                                Case No. _____
     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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GTR, Inc.<br>P.O. Box 598<br>Bladensburg, MD 20710 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 5,435.36 |
| ACCOUNT NO. 9712101<br><br>Gershman, Brickner & Bratton, Inc.<br>8550 Arlington Blvd.<br>Fairfax, VA 22031-4620 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 937.50 |
| ACCOUNT NO. 36770<br><br>Godwin Pumps<br>P.O. Box 191<br>Bridgeport, NJ 08014 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 20,921.49 |
| ACCOUNT NO. 7920000<br><br>Golden Eagle<br>1733 Gunn Highway<br>Odessa, FL 33556 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,698.27 |
| ACCOUNT NO.<br><br>Goldsboro | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 540.00 |
| ACCOUNT NO.<br><br>Goose Bay Aggregates<br>4516 "S" Street<br>Capitol Heights, MD 21784 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 8,717.90 |
| ACCOUNT NO. 592-81-137-919-7<br><br>Grainger<br>8820 Citation Road<br>Baltimore, MD 21221-3190 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 200.07 |

Subtotal »     38,450.59
(Total of this page)

In re: Van Leer, II, Blake R.          Case No. _____
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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.  NO Greentree Financial 1100 Landmark Towers 345 Saint Peter Street St. Paul, MN 55101 | | | alleged guaranty | CONTINGENT DISPUTED | 68,051.29 |
| ACCOUNT NO. 6873  NO Greenwald Industrial Products 2507 51st Avenue Hyattsville, MD 20781-1204 | | | alleged guaranty | CONTINGENT DISPUTED | 10,838.27 |
| ACCOUNT NO.  NO H&J Amoco 738 N. Rte 3 Gambrills, MD 21054 | | | alleged guaranty | CONTINGENT DISPUTED | 6,782.33 |
| ACCOUNT NO.  NO HHA Sports 7222 Townline Road Wisconsin Rapids, WI 54494 | | | alleged guaranty | CONTINGENT DISPUTED | 505.84 |
| ACCOUNT NO. 11006911000  NO HRH 2275 Research Blvd. Suite 300 Rockville, MD 20850 | | | alleged guaranty | CONTINGENT DISPUTED | 3,712.00 |
| ACCOUNT NO. 02398  NO Haas Outdoors, Inc. c/o Clay County Bank P.O. Box 1337 West Point, MS 39773 | | | alleged guaranty | CONTINGENT DISPUTED | 3,295.93 |
| ACCOUNT NO. 2315  NO Hal Brown Co. 16 East Industrial Road Branford, CT 06406-9998 | | | alleged guaranty | CONTINGENT DISPUTED | 4,920.08 |

Subtotal »
(Total of this page)                98,105.74

In re: Van Leer, II, Blake R.
       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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Harbor Spice | NO | | **alleged guaranty** | CONTINGENT<br><br>DISPUTED | 288.00 |
| **ACCOUNT NO. 96833**<br><br>Hardin Kight Associates<br>7524 WB&A Road<br>Suite 100<br>Glen Burnie, MD 21061 | NO | | **alleged guaranty** | CONTINGENT<br><br>DISPUTED | 1,858.50 |
| **ACCOUNT NO. 84718**<br><br>Harvey & Harvey<br>P.O. Box 3033<br>Wilmington, DE 19804 | NO | | **alleged guaranty** | CONTINGENT<br><br>DISPUTED | 235.00 |
| **ACCOUNT NO.**<br><br>Harvey Salt Co., Inc.<br>800 Lomax Street<br>P.O. Box 57<br>Easton, MD 21601 | NO | | **alleged guaranty** | CONTINGENT<br><br>DISPUTED | 900.59 |
| **ACCOUNT NO. 220476**<br><br>Heckler & Koch<br>21480 Pacific Boulevard<br>Sterling, VA 20166-8903 | NO | | **alleged guaranty** | CONTINGENT<br><br>DISPUTED | 26,667.49 |
| **ACCOUNT NO. 9619**<br><br>Henry's<br>P.O. Drawer 1107<br>Highway 24 West<br>Morehead City, NC 28557 | NO | | **alleged guaranty** | CONTINGENT<br><br>DISPUTED | 44,791.22 |
| **ACCOUNT NO.**<br><br>Hopkins Sales Co., Inc.<br>800 Lomax Street<br>P.O. Box 57<br>Easton, MD 21601 | NO | | **alleged guaranty** | CONTINGENT<br><br>DISPUTED | 900.59 |

Subtotal »
(Total of this page)

75,641.39

In re: Van Leer, II, Blake R.
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 2395<br><br>Hoyt USA<br>543 N. Neil Armstrong Road<br>Salt Lake City, UT 84116-2887 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 750.52 |
| ACCOUNT NO.<br><br>IQS Enterprises<br>2501 Boston Street, Suite 301<br>Baltimore, MD 21224 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 10,156.37 |
| ACCOUNT NO. 3024520-1<br><br>Injured Workers Insurance Fund<br>8722 Loch Raven Blvd.<br>Towson, MD 21286-2235 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 8,262.00 |
| ACCOUNT NO.<br><br>J. Ronald Dashiell & Sons, Inc.<br>Route 13 North<br>Salisbury, MD 21801<br><br>J. Ronald Dashiell & Sons, Inc.<br>c/o Adkins, Potts & Smethurst, LLP<br>One Plaza East, 6th Floor<br>Salisbury, MD 21803 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 0.00 |
| ACCOUNT NO.<br><br>JKC Stadium, Inc.<br>Raljon, MD 20785 | NO | | alleged guaraanty | CONTINGENT<br>DISPUTED | 963,624.00 |
| ACCOUNT NO.<br><br>James Carbine | NO | | | | 1,600.00 |
| ACCOUNT NO.<br><br>Jerol Moore Landscaping<br>P.O. Box 837<br>Cambridge, MD 21613 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 7,866.56 |

Subtotal »
(Total of this page)

992,259.45

In re: Van Leer, II, Blake R.          Case No. _____
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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 197992<br><br>Jerry's Sports Center<br>P.O. Box 121<br>Main Street<br>Forest City, PA 18421 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 7,791.34 |
| ACCOUNT NO.<br><br>John Adams Trucking<br>10603 Cross Road Trail<br>Brandywine, MD 20613 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 0.00 |
| ACCOUNT NO.<br><br>John Whalen<br>2 Lake Somerset Drive<br>Bluffton, SC 29910 | NO | | | DISPUTED | 13,261.45 |
| ACCOUNT NO.<br><br>Kenco Jarv-Eels<br>778 Laurels Way<br>Arnold, MD 21012 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 300.10 |
| ACCOUNT NO. 6659<br><br>Knight & Manzi<br>14440 Old Mill Road<br>Upper Marlboro, MD 20772 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 24,595.00 |
| ACCOUNT NO. 74662<br><br>LaCrosse Footwear<br>1407 St. Andrew Street<br>P.O. Box 1328<br>LaCrosse, WI 54602-1328 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 24,134.91 |
| ACCOUNT NO. 28550-000<br><br>Martin Archery, Inc.<br>Route 5, Box 127<br>Walla Walla, WA 99362 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 5,951.80 |

Subtotal »
(Total of this page) | 76,034.60

In re: Van Leer, II, Blake R.                              Case No. _____
        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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 93-108         NO<br><br>Maryland Dept. of Agriculture<br>50 Harry S. Truman Pkwy<br>Annapolis, MD 21401 | | | | CONTINGENT<br><br>DISPUTED | 150.00 |
| ACCOUNT NO.               NO<br><br>Masterpiece Creations-Vol. Services<br>1600 Raljon Road<br>Raljon, MD 20785 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 8,283.00 |
| ACCOUNT NO. 8994-1        NO<br><br>Mather Companies<br>10540 York Road<br>Cockeysville, MD 21030 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 1,128.56 |
| ACCOUNT NO. 1050          NO<br><br>Matrix/Times | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 44.20 |
| ACCOUNT NO.               NO<br><br>McCrone<br>207 N. Liberty Street, Suite 100<br>Centreville, MD 21617 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 5,166.00 |
| ACCOUNT NO.               NO<br><br>McGuire, Woods, Battle & Boothe<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 1,402,390.00 |
| ACCOUNT NO.               NO<br><br>Melton Shirt Company<br>56 Harvester Avenue<br>Batavia, NY 1400 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 1,151.29 |

Subtotal »   1,418,313.05
(Total of this page)

In re: Van Leer, II, Blake R.                                      Case No. _____
      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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 9852<br><br>Merchants, Inc.<br>9073 Euclid Avenue<br>Manassas, VA 20110 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 8,475.09 |
| ACCOUNT NO. 12999<br><br>Milton James Company<br>8411 Pulaski Highway<br>Baltimore, MD 21237-3094 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 151,425.00 |
| ACCOUNT NO. 21619<br><br>Nationwide Archery<br>Route 11 South, P.O. Box 67<br>Mint Spring, VA 24463 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 6,904.61 |
| ACCOUNT NO.<br><br>Natter Services<br>2086 Generals Highway<br>Suite 302<br>Annapolis, MD 21401 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 28,034.00 |
| ACCOUNT NO.<br><br>Newcourt Financial<br>501 Office Center Drive<br>Fort Washington, PA 19034 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 60,209.40 |
| ACCOUNT NO.<br><br>Oak Grove Marine Center<br>2820-30 Solomons Island Road<br>Edgewater, MD 21037 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 15,542.65 |
| ACCOUNT NO. 6011565100180990<br><br>Office Depot<br>P.O. Box 30292<br>Salt Lake City, UT 84130-0292 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 12,418.00 |

Subtotal »
(Total of this page)      283,008.75

In re: Van Leer, II, Blake R.
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.<br>Orix Credit Alliance, Inc.<br>7250 Parkway Drive<br>Hanover, MD 21076 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 614,097.32 |
| ACCOUNT NO. 1279<br>Outback Trading Company<br>39 South Third Street<br>Oxford, PA 19363 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,372.14 |
| ACCOUNT NO. 8009<br>Outland Sports, Inc.<br>P.O. Box 413974<br>Kansas City, MO 64141-3974 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 908.76 |
| ACCOUNT NO.<br>Overland Transporation Svcs., Inc.<br>4820-A Frolich Lane<br>Hyattsville, MD 20781 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 0.00 |
| ACCOUNT NO. 30102<br>Owen & Sparrow, LLC<br>P.O. Box 1595<br>Lorton, VA 22199 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 72,880.00 |
| ACCOUNT NO. 649500<br>P&H Auto Electric, Inc.<br>P.O. Box 25889<br>Baltimore, MD 21224-0589 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 45.22 |
| ACCOUNT NO.<br>Pappy, Inc.<br>1020 Oak Avenue<br>Joppa, MD 21085 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 34,800.00 |

Subtotal »
(Total of this page)

724,103.44

In re: Van Leer, II, Blake R.      Case No. _____
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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. S21619<br><br>Pella Products<br>P.O. Box 217<br>Pella, IA 83861-0618 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 3,000.25 |
| ACCOUNT NO. 16051919864<br><br>Pitney Bowes<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 150.69 |
| ACCOUNT NO.<br><br>Porvair Corporation | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 256.00 |
| ACCOUNT NO.<br><br>Potomac Communications Group<br>1720 I Street NW, Suite 800<br>Washington, D.C. 20006 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 81,674.44 |
| ACCOUNT NO. 509<br><br>Potomac Landfill, Inc.<br>600 Green Tree Lane<br>Dumfries, VA 22026 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 131,634.15 |
| ACCOUNT NO. 124-27403<br><br>Potter & Potter<br>P.O. Box 1890<br>Rockville, MD 20849 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 2,052.00 |
| ACCOUNT NO. 8969100<br><br>Precision Shooting<br>P.O. Box 5487<br>Tucson, AZ 85703 | NO | | alleged guaranty | CONTINGENT<br>DISPUTED | 12,462.87 |

Subtotal »  231,230.40
(Total of this page)

In re: Van Leer, II, Blake R.                                    Case No. _____
     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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.                           NO<br>Prince George's County<br>Treasury Division<br>Room 1090, P.O. Box 1700<br>Upper Marlboro, MD 20773-1700 | | | | CONTINGENT<br>DISPUTED | 3,847.03 |
| ACCOUNT NO. N77806                    NO<br>Principal Mutual<br>711 High Street<br>Des Moines Iowa 50392 | | | alleged guaranty | CONTINGENT<br>DISPUTED | 340.00 |
| ACCOUNT NO.                           NO<br>Queen Anne's County - Recs. & Parks<br>1945 4-H Park Road<br>P.O. Box 37<br>Centreville, MD 21617 | | | | CONTINGENT<br>DISPUTED | 44,390.50 |
| ACCOUNT NO. KG-0022-0                 NO<br>Queen Anne's Sanitary District<br>P.O. Box 239<br>Chester, MD 21617 | | | | CONTINGENT<br>DISPUTED | 1,059.40 |
| ACCOUNT NO.                           NO<br>Qwest | | | alleged guaranty | CONTINGENT<br>DISPUTED | 599.53 |
| ACCOUNT NO. 52749                     NO<br>RUST<br>P.O. Box 73981<br>Chicago, IL 60673-7981 | | | alleged guaranty | CONTINGENT<br>DISPUTED | 116,066.00 |
| ACCOUNT NO.                           NO<br>Richard N. Moseman<br>4150 Fig Tree Lane<br>Redding, CA 96049 | | | | | 450,000.00 |

Subtotal »
(Total of this page)                    616,302.46

In re: Van Leer, II, Blake R.     Case No. _____
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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 1963<br><br>Rite-Way<br>4751 Lydell Road<br>Cheverly, MD 20781 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 512.32 |
| ACCOUNT NO. VAN LEER<br><br>Robert D. Cheeley<br>435 Old Homestead Trail<br>Duluth, GA 30097 | NO | | | | 1,200,000.00 |
| ACCOUNT NO. 3018<br><br>Roberts Oxygen<br>15830 Redland Road<br>P.O. Box 5507<br>Rockville, MD 20855 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 345.73 |
| ACCOUNT NO. 56434500<br><br>Rocky Shoes & Boots<br>39 E. Canal Street<br>Nelsonville, OH 45764 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 5,939.00 |
| ACCOUNT NO.<br><br>Rosen, Sapperstein & Friedlander<br>10055 Red Run Blvd., Suite 150<br>Owings Mills, MD 21117 | NO | | | | 21,186.04 |
| ACCOUNT NO. GA030<br><br>S.M. Christhilf<br>112 West Timonium Rd<br>Timonium, MD 21093 | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 8,514.00 |
| ACCOUNT NO.<br><br>Scent-Lok | NO | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 1,785.14 |

Subtotal »
(Total of this page)

1,238,282.23

In re: Van Leer, II, Blake R.
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.  NO  Sealskin | | | alleged guaranty | CONTINGENT DISPUTED | 1,118.14 |
| ACCOUNT NO. 9721APL  NO  See Environmental Services 45 Old Solomons Road, Suite 105 Annapolis, MD 21401 | | | alleged guaranty | CONTINGENT DISPUTED | 780.00 |
| ACCOUNT NO.  NO  Shipley & Horne 1101 Mercantile Lane, Suite 240 Largo, MD 20774 | | | alleged guaranty | CONTINGENT DISPUTED | 49,626.00 |
| ACCOUNT NO.  NO  Siskind, Grady, Rosen & Hoover 2 East Fayette Street Baltimore, MD 21202 | | | | | 314,314.84 |
| ACCOUNT NO.  NO  Smail 4317 Northview Drive Bowie, MD 20716 | | | alleged guaranty | CONTINGENT DISPUTED | 1,625.00 |
| ACCOUNT NO. 1354  NO  Sneades 1750 Prosper Lane Owings, MD 20736 | | | alleged guaranty | CONTINGENT DISPUTED | 785.00 |
| ACCOUNT NO.  NO  Soule & Associates 122 Arlington Road Salisbury, MD 21801 | | | alleged guaranty | CONTINGENT DISPUTED | 2,033.95 |

Subtotal »
(Total of this page)  370,282.93

In re: Van Leer, II, Blake R.                          Case No. _____
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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 048965472    NO<br><br>Southern Maryland Oil<br>P.O. Box E<br>La Plata, MD 20646 | | | | | 2,624.75 |
| ACCOUNT NO.    NO<br><br>St. Paul Fire & Marine Insurance | | | alleged guaranty | CONTINGENT<br>DISPUTED | 15,768.84 |
| ACCOUNT NO.    NO<br><br>Stanley Scruggs Game Calls<br>635 Houchins Road<br>Christianburb, VA 24073 | | | alleged guaranty | CONTINGENT<br>DISPUTED | 944.86 |
| ACCOUNT NO. 7972820002443927    NO<br><br>Staples<br>P.O. Box 30292<br>Salt Lake City, UT 84130-0292 | | | alleged guaranty | CONTINGENT<br>DISPUTED | 429.43 |
| ACCOUNT NO.    NO<br><br>Star Democrat, The | | | alleged guaranty | CONTINGENT<br>DISPUTED | 365.40 |
| ACCOUNT NO. D9106D2429009    NO<br><br>State Dept. of Assessments and Tax.<br>301 W. Preston Street<br>Baltimore, MD 21201 | | | | CONTINGENT<br>DISPUTED | 14,700.85 |
| ACCOUNT NO.    NO<br><br>Sturn, Wagner & Sacclaris, LLC<br>One Annapolis Street, Second Fl.<br>Annapolis, MD 21401-1326 | | | alleged guaranty | CONTINGENT<br>DISPUTED | 1,464.00 |

Subtotal »    36,298.13
(Total of this page)

In re: Van Leer, II, Blake R.
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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 195808     NO<br><br>Swift Instruments<br>952 Dorchester Ave.<br>Dorchester, MA 02125 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 1,913.19 |
| ACCOUNT NO.     NO<br><br>Syd Farrar | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 13,645.12 |
| ACCOUNT NO.     NO<br><br>T&T Deer Calls & Scents<br>942 Butler Pike<br>Mercer, PA 16137 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 233.82 |
| ACCOUNT NO. SP8500     NO<br><br>Taylor Electric Supply Co., Inc.<br>2211 Greenspring Drive<br>P.O. Box 4823<br>Timonium, MD 21093 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 135.37 |
| ACCOUNT NO.     NO<br><br>Taylor Oil<br>P.O. Box 332<br>Salisbury, MD 21803-0332 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 12,662.29 |
| ACCOUNT NO. 3049802139     NO<br><br>Texaco<br>P.O. Box 31129<br>Tampa, FL 33631-3129 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 5,758.37 |
| ACCOUNT NO.     NO<br><br>Texas Hunting Products<br>P.O. Box 440296<br>Houston, TX 77244 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 663.19 |

Subtotal »
(Total of this page)

35,011.35

In re: Van Leer, II, Blake R.   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

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The CIT Group <br> 1540 West Fountainhead Parkway <br> Tempe, AZ 85282 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 0.00 |
| ACCOUNT NO. <br><br> The Fisherman <br> 524 Savannah Road <br> Lewes, DE 19958 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 21.00 |
| ACCOUNT NO. <br><br> The Milton James Company <br> 8411 Pulaski Highway <br> Baltimore, MD 21237-3094 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 0.00 |
| ACCOUNT NO. <br><br> Tilson & Becker <br> 3655 A Old Court Road, Suite 5 <br> Baltimore, MD 21208 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 5,175.00 |
| ACCOUNT NO. <br><br> Tom & Lib Trucking <br> 19801 Aquasco Road <br> Aquasco, MD 20608 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 555.00 |
| ACCOUNT NO. 145992705 <br><br> Unishippers <br> 3135-24 New Germany Road <br> Ebensburg, PA 15931 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 300.00 |
| ACCOUNT NO. 32363 <br><br> United Parcel Service <br> P.O. Box 4980 <br> Hagerstown, MD 21747-7980 | NO | | alleged guaranty | CONTINGENT <br> DISPUTED | 929.62 |

Subtotal »
(Total of this page)

6,980.62

Schedule F - Page 24 of 26

In re: Van Leer, II, Blake R.                                    Case No. _____
      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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 100452252    NO<br><br>Utica National Insurance Group<br>P.O. Box 6352<br>Utica, NY 13504-6532 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 1,140.00 |
| ACCOUNT NO. 82831    NO<br><br>Valley Gases<br>P.O. Box 6378<br>Wheeling, WV 26003-0615 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 339.00 |
| ACCOUNT NO. 3764287    NO<br><br>Viking Office Products<br>P.O. Box 465644<br>Cincinnati, OH 45246-5644 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 803.17 |
| ACCOUNT NO.    NO<br><br>Volume Services<br>1600 Raljon Road<br>Raljon, MD 20785 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 0.00 |
| ACCOUNT NO.    NO<br><br>WSSC<br>14501 Sweitzer Lane<br>Laurel, MD 20707 | | | alleegs guaranty | CONTINGENT<br><br>DISPUTED | 2,154.71 |
| ACCOUNT NO. 21619S    NO<br><br>Walls Industries<br>P.O. Box 98<br>Cleburne, TX 76033 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 25,939.99 |
| ACCOUNT NO.    NO<br><br>Wally Putkowski<br>3206 Eagles Nest Drive<br>Bowie, MD 20716-3109 | | | alleged guaranty | CONTINGENT<br><br>DISPUTED | 12,110.43 |

Subtotal »    42,487.30
(Total of this page)

In re: Van Leer, II, Blake R.                                    Case No. _____
        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

# Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

In re: Van Leer, II, Blake R.                                    Case No. _____
        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

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rhoda L. Van Leer<br>6395 Genoa Road<br>Fair Haven, MD 20754 | Mellon Mortgage Company<br>1775 Sherman Street<br>Suite 1500<br>Denver, CO 80203-4302 |
| Rhoda L. Van Leer | Merrill Lynch Credit Corporation<br>P.O. Box 4210<br>Carol Stream, IL 60197-4210 |
| Rhoda L. Van Leer | First Mariner Bank<br>c/o John R. Wise, Esq.<br>Thomas & Libowitz<br>100 Light Street, Ste. 1100<br>Baltimore, MD 21202-1053 |
| Rhoda L. Van Leer | Mercantile Safe Deposit & Trust<br>2 Hopkins Plaza, Ste. 200<br>Baltimore, MD 21201 |
| Rhoda L. Van Leer | Dashco, Inc.(Adler Financial Group)<br>11350 Random Hills Road, Suite 720<br>Fairfax, VA 22030 |

In re: Van Leer, II, Blake R.
     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

Case No. _____
Chapter 11

# Declaration Concerning Debtor's Schedules

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   40 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information and belief.

Date ___10-18-99___                    Signature _Blake R Van Leer_

                                                  Blake R. Van Leer, II

---

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152 and 3571.

UNITED STATES BANKRUPTCY COURT

District of Maryland
(Baltimore Division)

In re: Van Leer, II, Blake R.                          Case No. _____
       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                                      Chapter 11

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
[ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 57,115.00 | business operations | 1/1/97-12/31/97 |
| 0.00 | business operations | 1/1/98-12/31/98 |
| 0.00 | business operations | 1/1/99-9/30/99 |

## 2. Income other than from employment or operation of business

None
[ ]

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,100,000.00 | 1997 King George Landfill royalty payments (completely encumbered--net amount equals zero) |
| 1,100,000.00 | 1998 King George Landfill royalty payments (completely encumbered--net amount equals zero) |
| 750,000.00 | 1999 (thru 9/99) King George Landfill royalty payments (comletely encumbered--net amount equals zero) |

## 3. Payments to creditors

None
[X]

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[ ]   b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Rhoda Van Leer** **former spouse** | **w/in one year** | **20,000.00** | **25,000.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
[ ]   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **see attachment** | | | |

None
[X]   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
[X]      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
[X]   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
[X]      List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Excel File #162407                                          Lawsuits Pending

# LAWSUITS WITH CASE NUMBERS

| VENDER | COUNSEL | AMOUNT | CASE NUMBER | |
|--------|---------|--------|-------------|--|
| Acusport Corp.<br>P.O. Box 710764<br>Cincinnati, OH 45271 | Joel S. Seledee, Esquire<br>Marsden, Botsaris & Seledee<br>One North Charles Str. Suite 1501<br>Baltimore, MD 21201 | $57,103.66 | C-1998-486666.OC | A |
| Advanta Business Services Corp.<br>P.O.Box 41598<br>Philadelphia, PA 19101-1598 | Jeffrey L. Goodman, Esquire<br>1020 Laurel Oak Road<br>Voorhees, NJ 08043-7228 | $30,206.23 | L005170-99 | C |
| Adkins, Potts & Smethurst, LLP<br>One Plaza East<br>Salisbury, MD 21803-5021 | Same | $38,959.18 | 22-C-98-001212 | W |
| Arnold Brothers/Perry's Solid Waste<br>151 Oakland Drive<br>Oakland, MD 21550 | Charles R. Bachrach<br>Gordon, Feinblatt, Rothman,<br> Hoffberger & Hollander, LLC<br>233 East Redwood Street<br>Baltimore, MD 21202 | $42,355.06 | C-1998-51273-OC | A |
| Atlantic Waste Disposal<br>3474 Atlantic Lane<br>Waverly, VA 23890 | Gregory P. Robinson<br>Hillman Brown & Darrow, P.A.<br>221 Duke of Gloucester Str.<br>Annapolis, MD 21401 | $19,594.99 | C-1999-52180.OC | A |
| Bartlett Consultants, LTD<br>P.O. Box 462<br>Chantilly, VA 20153 | Stephen J. Annino, Esquire<br>Kasimer & Ittig, P.C.<br>7653 Leesburg Pike<br>Falls Church, VA 22043 | $29,039.52 | L178142 | Fa |

Printed:                                        Page 1

Excel File #162407                                    Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Browning<br>One Browning Place<br>Morgan, UT 84050 | Richard D.Gross<br>29 W. Susquehanna Ave., Ste. 205<br>Towson, MD 21204 | $5,023.97 | 0849-98 | Q |
| Carter Machinery Company, Inc.<br>P.O. Box 751053<br>Charlotte, NC 28275-1053 | Joel D. Seledee, Esquire<br>Marsden, Botsaris & Seledee, P.A.<br>1 N. Charles Street, Suite 1501<br>Baltimore, MD 21201 | $29,924.36 | C-1998-46502.OC | A |
| Cellular One<br>P.O. Box 64651<br>Baltimore, MD 21264-4651 | Russ Robinson, III, Esquire<br>152 West Washington Street<br>Hagerstown, MD 21740 | $1,881.50 | 804002891998 | B |
| Charles County<br>P.O. Box B<br>La Plata, MD 20646 | Same | $7,500.00 | 40200017701999 | C |
| CIT Group Equipment Financing, Inc<br>File #55603<br>Los Angeles, CA 90074-5603 | Steven N. Leitess<br>Leitess, Leitess & Friedberg, P.C.<br>25 Hooks lane, Suite 302<br>Baltimore, MD 21208 | $121,485.24 | S-98-3476 | B |
| Colleen Van Leer<br>3635 Vacation Lane<br>Arlington, VA 22207 | Marvin Mandel<br>9 State Circle<br>Annapolis, MD 21401 | | C-98-51735 | A |
| Colonial Pacific Leasing Corp, Inc.<br>P.O. Box 230102<br>Portland, OR 97281-0102 | Steven N. Leitess<br>Leitess, Leitess & Friedberg, P.C.<br>25 Hooks lane, Suite 302<br>Baltimore, MD 21208 | $290,762.16 | S-98-1778 | B |
| Columbia Sportswear Company<br>6600 North Baltimore<br>Portland, Oregon 97203 | Douglas H. Everngam<br>Jarrell & Everngam, LLP<br>Five North First Street<br>Denton, MD 21629 | $10,965.22 | 30400002461999 | Q |

Printed:                                            Page 2

Excel File #162407                                          Lawsuits Pending

| | | | |
|---|---|---|---|
| Columbus Mckinnon Corp.<br>140 John JamesAudubon Pkwy<br>Amherst, NY 14228 | Leslie J. Greenberg<br>Baylinson, Kudysh & Greenberg<br>3905 National Drive, Suite 400<br>Burtonsville, MD 20866 | $76,016.03 | C-98-44321.OC |
| Daft-McCune-Walker, Inc.<br>200 E. Pennsylvania Ave.<br>Towson, Maryland 21286 | Alan J. Bloom, Esquire<br>401 Washington Ave., Suite 406<br>Towson, MD 21204 | $5,662.18 | 23041-98 |
| Elliott & Frantz, Inc.<br>P.O. Box 1514<br>King Of Prussia, PA 19406-0914 | David William Tonnessen<br>1657 Whitehead Court<br>Baltimore, Md 21207 | $167,601.60 | C-1999-54342.OC |
| Financial Federal Credit, Inc.<br>300 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | Marc D. Glickstein, Esquire<br>Marc D. Glickstein, P.A.<br>108 N. Bond Street<br>Bel Air, MD 21014 | $416,688.51 | C-1998-47130.CJ |
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia,MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street<br>Baltimore, MD 21202-3091 | $17,377.14 | 101004667598 |
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia,MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street<br>Baltimore, MD 21202-3091. | $11,869.22 | 101004892698 |
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia,MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street | $10,518.36 | 101003478698 |

Printed:

Excel File #162407                                    Lawsuits Pending

Baltimore, MD 21202-3091

| | | | |
|---|---|---|---|
| Ford Motor Credit Company<br>P.O. Box 3076<br>Columbia,MD 21045 | Anne Hrehorovich<br>Thiebolt, Ryan & Miller, P.A.<br>401 E. Pratt Street<br>Baltimore, MD 21202-3091 | $8,137.36 | 101003743998 | B |
| G.D.C. Inc.<br>2439 Research Court<br>Woodbridge, VA 22191 | Edward John Skeens<br>7310 River Hill Road<br>Oxon Hill, MD 20745-1031 | $11,720.00 | 50200054121999 | P |
| Greenwald Industrial Products<br>2507 51st Avenue<br>Hyattsville, MD 20781-1204 | Martin Shulman<br>Manatt, Phelps & Phillips, LLP<br>1501 M Street, NW, Suite 700<br>Washington, DC 20005-1702 | $10,069.95 | 502002163798 | P |
| H & J Amoco, Inc.<br>738 N. Rt. 3<br>Gambrills, MD 21054 | Timothy A. Hodge, Jr., Esquire<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street<br>Baltimore, MD 21202 | $6,782.33 | 702000461498 | A |
| Heckler & Koch, Inc.<br>21480 Pacific Boulevard<br>Sterling, VA 20166-8903 | Joel D. Seledee, Esquire<br>Marsden, Botsaris & Seledee, P.A.<br>1 N. Charles Street, Suite 1501<br>Baltimore, MD 21201 | $26,667.49 | C-98-48591.CN | A |
| Henery's Tackle & Sporting Goods<br>Highway 24 West<br>P.O. Drawer 1107<br>Morehead City, NC 28557-1107 | Patrick J. Palmer, Esquire<br>Foster, Braden, Thompson & Palmer<br>102 East Main Street, Suite 203<br>Stevensville, MD 21666 | $44,791.22 | Civil   6604 | Q |
| IQS Enterprises, Inc.<br>2501 Boston Street, Suite 301 | Richard M. Kind<br>Kind & Dashoff | $10,156.37 | 70200035851999 | A |

Excel File #162407                                    Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Baltimore, MD 21224 | One Church Lane<br>Baltimore, MD 21202 | | | |
| JKC Stadium, Inc.<br>Raljon, MD 20785 | Eric B. Miller<br>Piper & Marbury. LLP<br>36 South Charles Street<br>Baltimore, MD 21201 | $963,624.00 | C-98-465676.CN | A |
| ● La Crosse Footwear, Inc.<br>1407 St. Andrew Street<br>La Crosse ,WI 54603 | Richard M. Kind<br>Kind & Dashoff<br>One Church Lane<br>Baltimore, MD 21202 | $24,134.91 | 3040001911999 | Q |
| Mercantile-Safe Deposit and Trust,Co<br>P.O. Box 1592<br>Baltimore, MD 21203-1592 | Michael W. Skojec<br>Gallagher, Evelius & Jones, LLP<br>218 North Charles Str., Suite 400<br>Baltimore, MD 21201 | $5,611,174.20 | 22-C-98-000762 | W |
| Mercantile-Safe Deposit and Trust,Co<br>P.O. Box 1592<br>Baltimore, MD 21203-1592 | Michael W. Skojec<br>Gallagher, Evelius & Jones, LLP<br>218 North Charles Str., Suite 400<br>Baltimore, MD 21201 | $5,611,174.20 | C-98-45389.CJ | A |
| ● Merchant's, Inc.<br>9073 Euclid Avenue<br>Manassas, VA 20110 | Melvyn J. Weinstock<br>Weinstock, Stevan, Harris & Friedman<br>1 Reservoir Circle<br>Baltimore, MD 21208-6392 | $8,475.09 | 0702-0015367-1998 | A |
| The Milton James Company<br>8411 Pulaski Highway<br>Baltimore, MD 21237-3094 | Edward J. Gilliss<br>Royston, Mueller, McLean & Reid, LLP<br>102 West Pennsylvania Ave, Suite 600<br>Towson, MD 21204 | $151,425.03 | C-99-52413.CN | A |

Printed:                                              Page 5

Excel File #162407                                                Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Richard Moseman<br>25250 Whitmore Road<br>Millville, CA 96062 | Geoffery P. Gitner, Esquire<br>William R. Martin, Esquire<br>Stephen L. Neal, Jr., Esquire<br>Manatt, Phelps & Phillips, LLP<br>1501 M Street, Suite 700<br>Washington, DC 20005-1702 | | Civil WMN-98-434 | D |
| Nationwide Archery, Inc.<br>Route 11 South, P.O. Box 67<br>Mint Spring, VA 24463 | Joel C. Richmond<br>10 N. Calvert Street<br>Baltimore, MD 21202-1898 | $6,904.61 | 304000126598 | Q |
| Orix Credit Alliance, Inc.<br>P.O. Box 1668<br>Pittsburgh, PA 15230-1668 | Joel I. Sher, Esquire<br>Shapiro & Olander<br>36 S. Charles Street, Suite 2000<br>Baltimore, MD 21201 | $614,097.32 | C-97-42894.CJ | A |
| Owen & Sparrow, LLc<br>P.O. Box 1595<br>Lorton, VA | Stephen J. Annino, Esquire<br>Kasimer & Ittig, P.C.<br>7653 Leesburg Pike<br>Falls Church, VA 22043 | $72,880.00 | C-99-56688 | A |
| Pella Products, Inc.<br>835 Broadway<br>Pella, IA 50219 | Peter Ramsey Helt<br>Baylinson, Kudysh & Greenberg<br>3905 National Drive, Suite 400<br>Burtonsville, MD 20866 | $3,000.25 | 30400005641999 | Q |
| Ida Bradford Phillips<br>28099 Ocean Gateway<br>Salisbury, MD 21801 | Nancy B. Chernoff<br>Ann Shaw, P.A.<br>P.O. Box 448<br>Salisbury, MD 21803-0448 | $10,000.00 | 203000325798 | W |

Excel File #162407                                    Lawsuits Pending

| | | | |
|---|---|---|---|
| Potomac Landfill, Inc.<br>10132 G & H Colvin Run Road<br>Great Falls, VA 22066 | Mathew D. Ravencraft<br>Flinn & Beagan<br>8300 Boone Boulevard, Suite 225<br>Vienna, VA 22182-2630 | $131,634.15 | C-1999-52957.FJ   A |
| Wallace Putkowski<br>3206 Eagles Nest Drive<br>Bowie, MD 20716-3109 | Wanda G. Caporaletti<br>8601 Georgia Ave. #905<br>Silver Spring, MD 20910 | $12,110.43 | 0502-0006714-1999   P |
| Route 17 Associates, Inc. | Albert H. Jacoby<br>1311 Courthouse Road<br>Stafford, VA 22554 | $3,127.20 | C-98-50613.FJ   A |
| Sneade's Ace Home Center, Inc.<br>1750 Prosper Lane<br>Owings, MD 20736 | Mark J. Davis<br>Davis & Upton<br>P.O. Box 447<br>Prince Frederick, MD 20678 | $785.76 | 40100013821999   C |
| Southern Maryland Oil, Inc.<br>P.O. Box E<br>La Plata, MD 20646 | Patrick B. Murphy<br>Mudd, Mudd & Fitzgerald, P.A.<br>P.O. Box 310<br>La Plata, MD 20646 | $2,744.75 | 40100005291999   C |
| E. Stewart Mitchell, Inc.<br>1400 Ceddox Street, P.O. Box 2799<br>Baltimore, MD 21225 | Bruce E. Kauffman, Esquire<br>Kauffman & Forman, P.A.<br>406 Pennsylvania Ave.<br>Towson, MD 21204 | $3,322.60 | 70200107291999   A |
| Taylor oil Co., Inc.<br>P.O. Box 332<br>Salisbury, Md 21803-0332 | | $3,201.65 | 0203-0003319-98   W |
| Tilson & Becker, Chartered<br>3655 A Old Court Road, Suite 5<br>Baltimore, MD 21208 | Herbert A. Thaler, Jr.<br>201 N. Charles Street, Suite 2302<br>Baltimore, MD 21201 | $5,175.00 | 702000998698   A |

Printed:                                    Page 7

Excel File #162407                                    Lawsuits Pending

| | | | | |
|---|---|---|---|---|
| Volume Services, Inc.<br>1600 Raljon Road<br>Raljon, MD 20785 | Joel D. Seledee, Esquire<br>Marsden, Botsaris & Seledee, P.A.<br>1 N. Charles Street, Suite 1501<br>Baltimore, MD 21201 | $8,133.00 | 70200038301999 | A |
| Washington Air Rental Co., Inc.<br>4622 42nd Place<br>Hyattsville, MD 20781 | John I. Heise, Jr.<br>18310 Montgomery Village Ave.<br>Gaithersburg, MD 20879 | $14,931.00 | 702001194498 | A |
| Walls Industries, Inc.<br>P.O. Box 98<br>Cleburne, TX 76031 | Sidney S. Friedman<br>Weinstock, Stevan, Harris & Friedman<br>1 Reservoir Circle<br>Baltimore, MD 21208-6392 | $25,939.99 | C-1999-56010.CN | A |
| John & Nana Lee Whalen<br>2 Lake Somerset Drive<br>Bluffton, SC 29910 | Ellen Barry Grunden<br>129 N. Washington Street<br>Easton, MD 21601 | $13,261.45 | 0702-0001359-1999 | Q |
| Wharton Association Services Co.<br>3504 Joshua Barney NE, Suite 304<br>Washington, DC 20018 | Leonard A. Sacks, Esquire<br>Leonard A. Sacks & Associates, P.C.<br>One Church Street, Suite 201<br>Rockville, MD 20850 | | CAL99-16624 | P |

## 8. Losses

None
[X]

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
[ ]

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Linowes & Blocher LLP 1010 Wayne Ave, 10th Fl Silver Spring, MD 20910 | | approx. $3000 per week until $25,000 retainer is obtained(as set forth in employment application and Form 8) |

## 10. Other transfers

None
[ ]

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Bob Cheeley, Lynn Adler, Keith Breedlove | | 240 shares of Crossroad Trails, Inc. shares had negative value at time of transfer due to liabilities of corp. |

## 11. Closed financial accounts

None
[ ]

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First Mariner Bank | closed account | |
| NationsBank | closed account | |

## 12. Safe deposit boxes

None
[X]

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None
[X]

  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None
[X]

  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None
[X]

  If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *10-10-99*

Signature  *Blake R V* 

Blake R. Van Leer, II

Statement Of Financial Affairs - Page 4

In re: Van Leer, II, Blake R.
    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

Case No. _____

# Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

Schedule G - Page 1

In re: Van Leer, II, Blake R.                                   Case No. _____
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

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rhoda L. Van Leer<br>6395 Genoa Road<br>Fair Haven, MD 20754 | Mellon Mortgage Company<br>1775 Sherman Street<br>Suite 1500<br>Denver, CO 80203-4302 |
| Rhoda L. Van Leer | Merrill Lynch Credit Corporation<br>P.O. Box 4210<br>Carol Stream, IL 60197-4210 |
| Rhoda L. Van Leer | First Mariner Bank<br>c/o John R. Wise, Esq.<br>Thomas & Libowitz<br>100 Light Street, Ste. 1100<br>Baltimore, MD 21202-1053 |
| Rhoda L. Van Leer | Mercantile Safe Deposit & Trust<br>2 Hopkins Plaza, Ste. 200<br>Baltimore, MD 21201 |
| Rhoda L. Van Leer | Dashco, Inc.(Adler Financial Group)<br>11350 Random Hills Road, Suite 720<br>Fairfax, VA 22030 |

In re: Van Leer, II, Blake R.          Case No. _____
        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                    Chapter 11

# Declaration Concerning Debtor's Schedules

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   40 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information and belief.

Date _10-18-99_                    Signature _Blake R Van____

                                   Blake R. Van Leer, II

-------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152 and 3571.