Form B6F
(12/03)

In re    **Blake R. Van Leer**                                                              , Case No.    **99-62043**
_____
Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**10x Products Group**<br>**PO Box 200880**<br>**Dept 200**<br>**Dallas, TX 75320-0880** | | - | alleged guaranty (Sportsmans) | | X | | **0.00** |
| Account No.<br>**Creditor #: 2**<br>**Acusport**<br>**PO Box 710764**<br>**Cincinnati, OH 45271-0764** | | | guaranty | | | | **57,103.66** |
| Account No.<br>**Creditor #: 3**<br>**ADC**<br>**6440 General Green Way**<br>**Alexandria, VA 22312** | | - | alleged guaranty (Sportsmans) | | X | | **0.00** |
| Account No.<br>**Creditor #: 4**<br>**Adkins, Potts & Smethurst**<br>**One Plaza East**<br>**6th Floor**<br>**Salisbury, MD 21803** | | - | guaranty | | | | **38,959.18** |

___30___  continuation sheets attached

Subtotal
(Total of this page)    **96,062.84**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:25393-070627    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                            ,   Case No. ____**99-62043**____
                              Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 5**<br>**ADP**<br>**11411 Red Run Blvd.**<br>**Owings Mills, MD 21117** | - | | | alleged guaranty (Sportsmans) | X | | | |
| | | | | | | | | **0.00** |
| Account No.<br><br>**Creditor #: 6**<br>**ADT 6855 Deerpath Road**<br>**Elkridge, MD 21075** | - | | | alleged guaranty (Sportsmans) | X | | | |
| | | | | | | | | **0.00** |
| Account No.<br><br>**Creditor #: 7**<br>**Advanta Business Services Corp.**<br>**PO Box 15110**<br>**Wilmington, DE 19886** | - | | | | X | | | |
| | | | | | | | | **30,206.23** |
| Account No.<br><br>**Creditor #: 8**<br>**Affinity Network, Inc.**<br>**PO Box 64251**<br>**Baltimore, MD 21264** | - | | | alleged guaranty | X | | | |
| | | | | | | | | **0.00** |
| Account No.<br><br>**Creditor #: 9**<br>**Alban Tractor**<br>**Dept. 64**<br>**Tulsa, OK 74182** | - | | | guaranty | X | X | | |
| | | | | | | | | **49,971.40** |

Sheet no. ___**1**___ of ___**30**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**80,177.63**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer** _____,   Case No. ___**99-62043**___
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 10 Allied Tractor PO Box 427 Savage, MD 20763** | - | | | | | X | | 0.00 |
| Account No. **Creditor #: 11 American Arbitration Association** | - | | | | | | | 1,211.57 |
| Account No. **Creditor #: 12 American Express PO Box 42010 Philadelphia, PA 19162** | - | | | alleged guaranty | | X | | 0.00 |
| Account No. **Creditor #: 13 AMPS (Sportsmans)** | - | | | | | | | 190.00 |
| Account No. **Creditor #: 14 Arnold Brothers/Perry's 151 Oakland Road Oakland, MD 21550** | - | | | alleged guaranty | | | | 42,355.06 |

Sheet no. __**2**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **43,756.63**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                        , Case No.   **99-62043**
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 15 ARS Solutions, Ltd. Suite 214 255 N. Benton Drive Sauk Rapids, MN 56379 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | guaranty | | | | |
| Creditor #: 16 Atlantic Waste Disposal, Inc. 3474 Atlantic Lane Waverly, VA 23890 | | - | | | | | | |
| | | | | | | | | 19,594.99 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 17 Avery Outdoors, Inc. PO Box 297 Memphis, TN 38101-0297 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 18 Bartlett PO Box 462 Chantilly, VA 20153 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 19 Bear Archery, Inc. 4600 SW 41st Blvd. Gainesville, FL 32608-4999 | | - | | | | X | | |
| | | | | | | | | 0.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **19,594.99**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                    , Case No. ___**99-62043**___
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 20 Bell Atlantic PO Box 646 Baltimore, MD 21265-0646 | - | | | X | | | 0.00 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 21 Bell Atlantic Mobile PO Box 64268 Baltimore, MD 21264-0646 | - | | | X | | | 0.00 |
| Account No. | | | | | | | |
| Creditor #: 22 Ben Carr | - | | | | | | 9,600.00 |
| Account No. | | | | | | | |
| Creditor #: 23 BG & E PO Box 1431 Baltimore, MD 21297-0210 | - | | | X | | | 0.00 |
| Account No. | | | | | | | |
| Creditor #: 24 Brock Tool & Supply 1200 66th Street Rosedale, MD 21237 | - | | | X | X | | 1,352.04 |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,952.04**

Form B6F - Cont.
(12/03)

In re **Blake R. Van Leer**                                    Case No. **99-62043**
                                          ,
                            Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 25 <br> Cananwill, Inc. <br> PO Box 8470 <br> Philadelphia, PA 19101-8470 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 26 <br> Carry-Lite, Inc. <br> 5203 West Clinton Avenue <br> Milwaukee, WI 53223-4781 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Rollins) | | | | |
| Creditor #: 27 <br> Carter Machinery Company, Inc. <br> PO Box 751053 <br> Charlotte, NC 28275-1053 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Rollins) | | | | |
| Creditor #: 28 <br> Cellular One <br> PO Box 64651 <br> Baltimore, MD 21264-4651 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 29 <br> Charles County <br> PO Box B <br> Baltimore, MD 21264-4651 | | - | | | X | | 0.00 |

Sheet no. **5** of **30** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                        , Case No. ____**99-62043**____
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 30 CIT Group 1540 West Fountainhead Pkwy Tempe, AZ 85282** | - | | | X | | X | 121,485.24 |
| Account No. **Creditor #: 31 Cliff Weil, Inc. 8043 Industrial Park Rd. Mechanicsville, VA 23111** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No. **Creditor #: 32 Colonial Pacific Leasing PO Box 2090 Portland, OR 97208** | - | | alleged guaranty | | | X | 290,762.16 |
| Account No. **Creditor #: 33 Columbia Sportswear Company PO Box 83239 Portland, OR 97283-0239** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No. **Creditor #: 34 Columbus McKinnon Corp. 140 John James Audobon Pkwy Buffalo, NY 14228** | - | | alleged guaranty (Garnet) | X | | | 0.00 |

Sheet no. __**6**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          412,247.40

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,  Case No. ___99-62043_____
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Creditor #: 35**<br>**Comcast Advertising Sales**<br>**PO Box 1620**<br>**Easton, MD 21601** | - | | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No.<br>**Creditor #: 36**<br>**Conectiv** | | | | guaranty | | | | 3,548.40 |
| Account No.<br>**Creditor #: 37**<br>**Daft, McCune, Walker, Inc.**<br>**200 East Pennsylvania Ave.**<br>**Towson, MD 21286** | - | | | alleged guaranty | | X | | 0.00 |
| Account No.<br>**Creditor #: 38**<br>**Daily Times**<br>**115 E. Carroll Street**<br>**Salisbury, MD 21802** | - | | | alleged guaranty (Dashiell) | | X | | 0.00 |
| Account No.<br>**Creditor #: 39**<br>**Dashco, Inc. (Adler Financial Group)**<br>**11350 Random Hills Road, Suite 720**<br>**Fairfax, VA 22030** | - | | | | | | | 2,500,000.00 |

Sheet no. __7___ of __30___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,503,548.40

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                          , Case No. ___**99-62043**___
                                   Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 40 Doug Ball (Marwood Security Group) 11206 Yellow View Drive Potomac, MD 20854 | | - | | | | X | | 0.00 |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 41 Dryden Oil Company PO Box 64715 Brooklyn, MD 21225 | | - | | | | X | | 0.00 |
| Account No. | | | | alleged guaranty (garnet) | | | | |
| Creditor #: 42 E. Stewart Mitchell PO Box 2799 Baltimore, MD 21225 | | - | | | | X | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 43 Easton Ice Co., Inc. 108 East Drive Easton, MD 21601 | | - | | | | X | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 44 Elliott & Frantz PO Box 1514 King Of Prussia, PA 19406-0914 | | - | | | | | X | 167,701.60 |

Sheet no. __**8**___ of __**30**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                167,701.60

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                    , Case No. ___**99-62043**___
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 45 Enviroquip 341 King Street Myerstown, PA 17067 | - | | | X | | | 0.00 |
| Account No. | | | | | | | |
| Creditor #: 46 Exxon Card Services PO Box 103032 Roswell, GA 30076 | - | | | X | | X | 16,696.51 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 47 Fim Publishing PO Box 201 Phoenix, MD 21131 | - | | | X | | | 0.00 |
| Account No. | | | | | | | |
| Creditor #: 48 Financial Federal Credit, Inc. 400 Park Avenue New York, NY 10022 | - | | | X | | X | 533,310.86 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 49 Flint River Outdoor Wear, Inc. PO Box 9105 Columbus, GA 31908-9105 | - | | | X | | | 0.00 |

Sheet no. __**9**___ of __**30**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **550,007.37**

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                              Case No.   **99-62043**
                                                        ,
                          Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Creditor #: 50**<br>**Ford Motor Credit Corporation**<br>**PO Box 472687**<br>**Charlotte, NC 28247** | - | | | | | X | |
| | | | | | | | **47,902.08** |
| Account No. | | | alleged guaranty | | | | |
| **Creditor #: 51**<br>**Frank W. Winne & Sons, Inc.**<br>**PO Box 7780-4281**<br>**Philadelphia, PA 19182-4281** | - | | | X | | | |
| | | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Creditor #: 52**<br>**Furnival Machinery**<br>**PO Box 8600-51733**<br>**Philadelphia, PA 19178** | - | | | | | X | |
| | | | | | | | **143,158.36** |
| Account No. | | | alleged guaranty (Garnet) | | | | |
| **Creditor #: 53**<br>**G.D.C., Inc.**<br>**PO Box 317**<br>**Merrifield, VA 22119** | - | | | X | | | |
| | | | | | | | **0.00** |
| Account No. | | | alleged guaranty | | | | |
| **Creditor #: 54**<br>**Gersham, Brickner & Bratton, Inc.**<br>**8550 Arlington Blvd.**<br>**Fairfax, VA 22031-4620** | - | | | X | | | |
| | | | | | | | **0.00** |

Sheet no. __**10**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **191,060.44**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**_____ ,    Case No. ___**99-62043**_____
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 55** **Godwin Pumps** **PO Box 191** **Bridgeport, NJ 08014** | | - | alleged guaranty (Dashiell) | X | | | 0.00 |
| Account No. **Creditor #: 56** **Golden Eagle** **1733 Gunn Highway** **Odessa, FL 33556** | | - | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No. **Creditor #: 57** **Goldsboro** | | - | | | | | 540.00 |
| Account No. **Creditor #: 58** **Grainger** **8820 Citation Road** **Essex, MD 21221-3190** | | - | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No. **Creditor #: 59** **Greentree Financial** **1100 Landmark Towers** **345 Saint Peter Street** **Saint Paul, MN 55101** | | - | | | | X | 68,051.29 |

Sheet no. __**11**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 68,591.29

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,    Case No. ___99-62043_____
                                    Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 60 Greenwald Industrial Products 2507 51st Avenue Hyattsville, MD 20781 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 61 H&J Amoco 738 N. Rte. 3 Gambrills, MD 21054 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 62 Haas Outdoors, Inc. c/o Clay County Bank PO Box 1337 West Point, MS 39773 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 63 Hal Brown Co. 16 East Industrial Road Branford, CT 06406-9998 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty | | | | |
| Creditor #: 64 Hardin Kight Associates 7524 WB&A Road Suite 100 Glen Burnie, MD 21061 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,   Case No. ___99-62043_____
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 65<br>Harvey Salt Co., Inc.<br>800 Lomax Street<br>PO Box 57<br>Easton, MD 21601 | | - | | | X | | | 0.00 |
| Account No. | | | | alleged guaranty | | | | |
| Creditor #: 66<br>Heckler & Koch<br>21480 Pacific Boulevard<br>Sterling, VA 20166-8903 | | - | | | X | | X | 26,667.49 |
| Account No. | | | | alleged guaranty | | | | |
| Creditor #: 67<br>Henry's<br>PO Drawer 1107<br>Highway 24 West<br>Morehead City, NC 28557 | | - | | | X | | X | 44,791.22 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 68<br>HHA Sports<br>7222 Townline Road<br>Wisconsin Rapids, WI 54494 | | - | | | X | | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 69<br>Hopkins Sales Co., Inc.<br>800 Lomax Street<br>PO Box 57<br>Easton, MD 21601 | | - | | | X | | | 0.00 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   71,458.71

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                              , Case No. _____**99-62043**_____
                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 70**<br>**Hoyt USA**<br>**543 N. Neil Armstrong Road**<br>**Salt Lake City, UT 84116-2887** | | - | | | X | | |
| | | | | | | | 0.00 |
| Account No. | | | alleged guaranty (Garnet) | | | | |
| **Creditor #: 71**<br>**Injured Workers Insurance Fund**<br>**8722 Loch Raven Blvd.**<br>**Towson, MD 21286-2235** | | - | | | X | | |
| | | | | | | | 0.00 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 72**<br>**IQS Enterprises**<br>**2501 Boston Street**<br>**Suite 301**<br>**Baltimore, MD 21224** | | - | | | X | | |
| | | | | | | | 0.00 |
| Account No. | | | alleged guarantee | | | | |
| **Creditor #: 73**<br>**J. Ronald Dashiel & Sons, Inc.**<br>**Route 13 North**<br>**Salisbury, MD 21801** | | - | | | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | **J. Ronald Dashiell & Sons, Inc.**<br>**c/o Adkins, Potts & Smethurst, LLP**<br>**One Plaza East**<br>**6th Floor**<br>**Salisbury, MD 21803** | | | | |
| **Representing:**<br>**J. Ronald Dashiel & Sons, Inc.** | | | | | | | |

Sheet no. __**14**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Form B6F - Cont.
(12/03)

In re **Blake R. Van Leer** _____,    Case No. ___**99-62043**___
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Creditor #: 74**<br>**Jerol Moore Landscaping**<br>**PO Box 837**<br>**Cambridge, MD 21613** | - | | | alleged guaranty (Dashiell) | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 75**<br>**Jerry's Sports Center**<br>**PO Box 121**<br>**Main Street**<br>**Forest City, PA 18421** | - | | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 76**<br>**JKC Stadium, Inc.**<br>**Hyattsville, MD 20785** | - | | | gurantor | X | | X | 0.00 |
| Account No.<br><br>**Creditor #: 77**<br>**John Whalen**<br>**2 Lake Somerset Drive**<br>**Bluffton, SC 29910** | - | | | Garnet | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 78**<br>**Kenco Jarv-Eels**<br>**778 Laurels Way**<br>**Arnold, MD 21012** | - | | | alleged guaranty | X | | | 0.00 |

Sheet no. __**15**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,    Case No. ___99-62043_____
                        Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 79 Knight & Manzi 14440 Old Mill Road Upper Marlboro, MD 20772 | - | | | | X | | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 80 LaCrosse Footwear 1407 St. Andrew Street PO Box 1328 La Crosse, WI 54602-1328 | - | | | | | | | 24,134.91 |
| Account No. | | | | | | | | |
| Creditor #: 81 Martin Archery, Inc. Route 5, Box 127 Walla Walla, WA 99362 | - | | | | | | | 5,951.80 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 82 Masterpiece Creations-Vol. Services 1600 Raljon Road Hyattsville, MD 20785 | - | | | | X | | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 83 McCrone 207 N. Liberty Street, Suite 100 Centreville, MD 21617 | - | | | | | | | 5,166.00 |

Sheet no. __16__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   35,252.71

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,    Case No. __99-62043_____
                                    Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.    84 **guarantee** | | | | | | | | |
| **Creditor #: 84** **McGuire Woods Battle & Boothe** **One James Center** **901 East Cary Street** **Richmond, VA 23219** | - | | | | | | | 1,402,390.00 |
| Account No. | | **alleged guaranty (Sportsmans)** | | | | | | |
| **Creditor #: 85** **Melton Shirt Company** **56 Harvester Avenue** **Batavia, NY 14007** | - | | | | X | | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 86** **Merchants, Inc.** **9073 Euclid Avenue** **Manassas, VA 20110** | - | | | | X | | | 8,475.09 |
| Account No. | | | | | | | | |
| **Creditor #: 87** **Milton James Company** **8411 Pulaski Highway** **Rosedale, MD 21237-3094** | - | | | | | | X | 151,425.00 |
| Account No. | | **alleged guaranty (Garnet)** | | | | | | |
| **Creditor #: 88** **Natter Services** **22086 Generals Highway** **Suite 302** **Annapolis, MD 21401** | - | | | | X | | | 0.00 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,562,290.09

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                              , Case No.    **99-62043**
                                        Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 89 Newcourt Financial 501 Office Center Drive Fort Washington, PA 19034** | - | | | | | X | 60,209.40 |
| Account No. **Creditor #: 90 Oak Grove Marine Center 2820-30 Solomons Island Road Edgewater, MD 21037** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No. **Creditor #: 91 Office Depot PO Box 30292 Salt Lake City, UT 84130** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No. **Creditor #: 92 Orix Credit Alliance, Inc. 7250 Parkway Drive Hanover, MD 21076** | - | | | X | | X | 614,097.32 |
| Account No. **Creditor #: 93 Outback Trading Company 39 South Third Street Oxford, PA 19363** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **674,306.72**

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                                    , Case No.  **99-62043**
                                    Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 94 Outland Sports, Inc. PO Box 413974 Kansas City, MO 64141-3974 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | guaranty | | | | |
| Creditor #: 95 Owen & Sparrow, LLC PO Box 1595 Lorton, VA 22199 | | - | | | | | | |
| | | | | | | | | 72,880.00 |
| Account No. | | | | alleged guaranty (Guaranty) | | | | |
| Creditor #: 96 Pitney Bowes PO Box 41067 Norfolk, VA 23541-1067 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 97 Porvair Corporation | | - | | | | | | |
| | | | | | | | | 256.00 |
| Account No. | | | | | | | | |
| Creditor #: 98 Potomac Communications Group 1720 I Street, NW Suite 800 Washington, DC 20006 | | - | | | | | X | |
| | | | | | | | | 81,674.44 |

Sheet no.  **19**  of  **30**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

154,810.44

Form B6F - Cont.
(12/03)

In re **Blake R. Van Leer**                                      Case No. **99-62043**
_____,
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Creditor #: 99**<br>**Potomac Landfill, Inc.**<br>**600 Green Tree Lane**<br>**Dumfries, VA 22026** | | - | | | | | | 131,734.15 |
| Account No.<br><br>**Creditor #: 100**<br>**Potter & Potter**<br>**PO Box 1890**<br>**Rockville, MD 20849** | | - | | alleged guaranty (Garnet) | | X | | 0.00 |
| Account No.<br><br>**Creditor #: 101**<br>**Precision Shooting**<br>**PO Box 5487**<br>**Tucson, AZ 85703** | | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No.<br><br>**Creditor #: 102**<br>**Prince George's County**<br>**Treasury Division, Room 1090**<br>**P.O. Box 1700**<br>**Upper Marlboro, MD 20773-1700** | | - | | | | X | X | 3,847.03 |
| Account No.<br><br>**Creditor #: 103**<br>**Principal Mutual**<br>**711 High Street**<br>**Des Moines, IA 50392** | | - | | alleged guaranty (Garnet) | | X | | 0.00 |

Sheet no. **20** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **135,581.18**

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                    Case No. __**99-62043**__
                                            ,
                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 104** **Queen Anne's Sanitary District** **PO Box 239** **Centreville, MD 21617** | - | | | X | | | |
| | | | | | | | **0.00** |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 105** **Qwest** **1801 California St.** **Denver, CO 80202** | - | | | X | | | |
| | | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Creditor #: 106** **Richard N. Moseman** **4150 Fig Tree Lane** **Redding, CA 96049** | - | | | | | X | |
| | | | | | | | **450,000.00** |
| Account No. | | | | | | | |
| **Creditor #: 107** **Rite-Way** **4751 Lydell Road** **Hyattsville, MD 20781** | - | | | X | | | |
| | | | | | | | **512.32** |
| Account No. | | | | | | | |
| **Creditor #: 108** **Robert Cheeley** **435 Old Homestead Trail** **Duluth, GA 30097** | - | | | | | | |
| | | | | | | | **1,200,000.00** |

Sheet no. __**21**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **1,650,512.32**

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                          , Case No. _____**99-62043**_____
                                    Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| **Creditor #: 109** **Roberts Oxygen** **15830 Redland Road** **PO Box 5507** **Derwood, MD 20855** | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 110** **Rocky Shoes & Boots** **39 E. Canal Street** **Nelsonville, OH 45764** | - | | | | | | | |
| | | | | | | | | 5,939.00 |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| **Creditor #: 111** **Rosen, Sapperstein & Friedlander** **10055 Red Run Blvd.** **Suite 150** **Owings Mills, MD 21117** | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 112** **RUST** **PO Box 73981** **Chicago, IL 60673-7981** | - | | | | | | X | |
| | | | | | | | | 116,066.00 |
| Account No. | | | | | | | | |
| **Creditor #: 113** **Scent-Lok** | - | | | | | | | |
| | | | | | | | | 1,785.14 |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                123,790.14

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                   , Case No.   **99-62043**
                                        Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 114 Sealskin** | - | | | | | | 1,118.14 |
| Account No. **Creditor #: 115 See Environmental Services 45 Old Solomon Road, Suite 105 Annapolis, MD 21401** | - | | alleged guaranty | | X | | 0.00 |
| Account No. **Creditor #: 116 Shipley & Horne 1101 Mercantile Lane Suite 240 Upper Marlboro, MD 20774** | - | | alleged guaranty (Garnet) | | X | | 0.00 |
| Account No. **Creditor #: 117 Siskind, Grady, Rosen & Hoover 2 East Fayette Street Baltimore, MD 21202** | - | | | | X | X | 265,865.22 |
| Account No. **Creditor #: 118 Smail 4317 Northview Drive Bowie, MD 20716** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                266,983.36

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                                        ,    Case No.    **99-62043**
                                                Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 119** **Sneades** **1750 Prosper Lane** **Owings, MD 20736** | | - | | alleged guaranty (Garnet) | | X | | 0.00 |
| Account No. **Creditor #: 120** **Soule & Associates** **122 Arlington Road** **Salisbury, MD 21801** | | - | | 45 Old Solomon Road (Dashiell) | | X | | 0.00 |
| Account No. **Creditor #: 121** **Southern Maryland Oil** **PO Box E** **La Plata, MD 20646** | | - | | | | | | 2,624.75 |
| Account No. **Creditor #: 122** **St. Paul Fire & Marine Insurance** **385 Washington St.** **Saint Paul, MN 55102** | | - | | alleged guaranty (Garnet) | | X | | 0.00 |
| Account No. **Creditor #: 123** **Staples** **PO Box 30292** **Salt Lake City, UT 84130-0292** | | - | | alleged guaranty (Garnet) | | X | | 0.00 |

Sheet no.  **24**  of  **30**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,624.75**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Blake R. Van Leer** _____ , Case No. **99-62043** _____

Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Dashiell) | | | | |
| **Creditor #: 124**<br>**Star Democrat**<br>**PO Box 600**<br>**Easton, MD 21601** | - | | | | X | | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 125**<br>**State Dept of Assessments & Tax**<br>**301 W. Preston Street**<br>**Baltimore, MD 21201** | - | | | | X | X | | 14,700.85 |
| Account No. | | | | alleged guaranty | | | | |
| **Creditor #: 126**<br>**Sturn, Wagner & Sacclaris, LLC**<br>**One Annapolis Street, 2nd Floor**<br>**Annapolis, MD 21401-1326** | - | | | | X | | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 127**<br>**Swift Instruments**<br>**952 Dorchester Avenue**<br>**Boston, MA 02125** | - | | | | X | | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 128**<br>**Syd Farrar** | - | | | | | | X | 13,645.12 |

Sheet no. __**25**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **28,345.97**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                    Case No. ___**99-62043**___
                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 129**<br>**T&T Deer Calls and Scents**<br>**942 Butler Pike**<br>**Mercer, PA 16137** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No.<br>**Creditor #: 130**<br>**Taylor Electric Supply Co., Inc.**<br>**2211 Greenspring Drive**<br>**PO Box 4823**<br>**Lutherville Timonium, MD 21093** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br>**Creditor #: 131**<br>**Taylor Oil**<br>**PO Box 332**<br>**Salisbury, MD 21803-0332** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br>**Creditor #: 132**<br>**Texaco**<br>**PO Box 31129**<br>**Tampa, FL 33631-3129** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br>**Creditor #: 133**<br>**Texas Hunting Products**<br>**PO Box 440296**<br>**Houston, TX 77244** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |

Sheet no. __**26**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,    Case No. ___99-62043_____
                          Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 134 The Fisherman 524 Savannah Road Lewes, DE 19958 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 135 Tilson & Becker 3644 A Old Court Road Suite 5 Pikesville, MD 21208 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty | | | | |
| Creditor #: 136 Tom & Lib Trucking 19801 Aquasco Road Aquasco, MD 20608 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty | | | | |
| Creditor #: 137 Unishipers 3135-24 New Germany Road Ebensburg, PA 15931 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty | | | | |
| Creditor #: 138 United Parcel Service PO Box 4890 Hagerstown, MD 21747-7980 | | - | | | | X | | |
| | | | | | | | | 0.00 |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                              ,   Case No.   **99-62043**
                          Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 139 Utica National Insurance Group PO Box 6352 Utica, NY 13504-6532 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 140 Valley Gases PO Box 6378 Wheeling, WV 26003-0615 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 141 Viking Office Products PO Box 465644 Cincinnati, OH 45246-5644 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 142 Walls Industries PO Box 98 Cleburne, TX 76033 | - | | | | | X | X | |
| | | | | | | | | 25,939.99 |
| Account No. | | | | | | | | |
| Creditor #: 143 Wally Putkowski 3206 Eagles Nest Drive Bowie, MD 20716-3109 | - | | | | | | X | |
| | | | | | | | | 12,110.43 |

Sheet no. __28__ of __30__ sheets attached to Schedule of       Subtotal       38,050.42
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Blake R. Van Leer**                                    Case No. **99-62043**
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 144 Washington Air Compressor Rental Co., Inc. 4622 42nd Place Hyattsville, MD 20781 | | - | | | X | | | 0.00 |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 145 Waste Management PO Box 66963 Chicago, IL 60666-0963 | | - | | | X | | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 146 Wicomico County, MD PO Box 4036 Salisbury, MD 21803-4036 | | - | | | | | X | 2,711.40 |
| Account No. | | | | alleged guaranty (Dashiell) | | | | |
| Creditor #: 147 Widdowson & Dashiell, P.A. Port Exchange Building 312 W. Main Street Salisbury, MD 21803 | | - | | | X | | | 0.00 |
| Account No. | | | | alleged guaranty (Dashiell) | | | | |
| Creditor #: 148 Williams, Hammond, Moore, Shockley & Harr 3509 Coastal Hwy, PO Box 739 Ocean City, MD 21842 | | - | | | X | | | 0.00 |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **2,711.40**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer__ , Case No. __99-62043__
_____
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 149** **WSSC** **14501 Sweitzer Lane** **Laurel, MD 20707** | | - | | **alleged guaranty (Garnet)** | | X | | **0.00** |
| Account No. **Creditor #: 150** **YellowBook** **1300 Morris Drive** **Chesterbrook Corporate Center** **Wayne, PA 19087** | | - | | **alleged guaranty (Sportsmans)** | | X | | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **0.00**

Total (Report on Summary of Schedules) — **8,890,418.84**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Maryland

In re    Blake R. Van Leer                                           Case No.    99-62043

                                   Debtor(s)                 Chapter      11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    August 23, 2007                            Signature    /s/ Blake R. Van Leer

                                                              Blake R. Van Leer
                                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy