IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| BLAKE R. VAN LEER, II, | * | Case No. 99-62043-JS |
| | * | (Chapter 11) |
| Debtor. | * | |
| | * | |

* * * * * * * * * * * * *

## NOTICE OF AMENDMENT TO SCHEDULE F

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 1009(a), Blake R. Van Leer, II (the "Debtor") has amended schedule F (Creditors Holding Unsecured Nonpriority Claims) (the "Amended Schedule"). The last amended schedule F was filed with the Bankruptcy Court on June 14, 2007. By the Amended Schedule, the Debtor has not added any previously unscheduled creditors. A copy of the Amended Schedule is attached hereto as Exhibit "A." In accordance with local Bankruptcy Rule 1009-1(b), a copy of the Notice of Commencement of Bankruptcy Case is attached hereto as Exhibit "B." A chart, which reflects the amount Debtor originally scheduled your claim for and the changes set forth in this Amended Schedule is attached hereto as Exhibit "C."

**PLEASE TAKE FURTHER NOTICE THAT THIS AMENDMENT AFFECTS THE AMOUNT, CLASSIFICATION AND/OR PRIORITY OF ANY CLAIM YOU MAY HAVE AGAINST THE DEBTOR**. You should carefully review the Amended Schedule, and consult with your attorney if you need assistance, to determine if you agree with the Amended Schedule. If you believe that the Amended Schedule is incorrect with respect to any claim you believe you hold, you are advised to consult with any attorney to determine your rights. <u>If you have previously filed a timely and proper proof of claim, you do not need to file another proof of claim.</u>

Dated:  August 23, 2007                    /s/ James A. Vidmar, Jr.
                                           James A. Vidmar, Jr.
                                           Federal Bar No. 00271
                                           Jennifer D. Larkin
                                           Federal Bar No. 14916
                                           LINOWES AND BLOCHER LLP
                                           7200 Wisconsin Avenue, Suite 800
                                           Bethesda, Maryland  20814
                                           (301) 961-5126
                                           Email: jvidmar@linowes-law.com

                                           Counsel to Debtor

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of August, 2007, I caused copies of the foregoing Notice to be served via first class United States Mail, postage prepaid, on the following parties:

    Siskind, Grady, Rosen & Hoover
    2 East Fayette Street
    Baltimore, MD 21202

    Siskind, Grady, Rosen & Hoover, P.A.
    c/o Arvin E. Rosen, Esq., Resident Agent
    Two Hopkins Plaza, Suite 1100
    Baltimore, MD 21201

    State Department of Assessments and Taxation
    301 W. Preston Street
    Baltimore, MD 21201

    Jeff Fronterhouse, Director
    Walls Industries
    PO Box 98
    Cleburne, TX 76033

    Walls Industries, Inc.
    c/o United States Corp Co, Resident Agent
    701 Brazos Street, Suite 1050
    Austin, TX 78701

    /s/ James A. Vidmar, Jr.
    James A. Vidmar, Jr.

L&B 816493v1/04021.0001