Form B6F
(12/03)

In re  **Blake R. Van Leer** _____ ,    Case No. __**99-62043**_____
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 1 10x Products Group PO Box 200880 Dept 200 Dallas, TX 75320-0880 | - | | | | | | X | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | guaranty | | | | |
| Creditor #: 2 Acusport PO Box 710764 Cincinnati, OH 45271-0764 | - | | | | | | | | |
| | | | | | | | | | **57,103.66** |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 3 ADC 6440 General Green Way Alexandria, VA 22312 | - | | | | | | X | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | guaranty | | | | |
| Creditor #: 4 Adkins, Potts & Smethurst One Plaza East 6th Floor Salisbury, MD 21803 | - | | | | | | | | |
| | | | | | | | | | **38,959.18** |

_**30**_  continuation sheets attached

Subtotal (Total of this page)    **96,062.84**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:25393-070627   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                    Case No.    **99-62043**
                                    Debtor

## AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 5** **ADP** **11411 Red Run Blvd.** **Owings Mills, MD 21117** | - | | | X | | | 0.00 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 6** **ADT 6855 Deerpath Road** **Elkridge, MD 21075** | - | | | X | | | 0.00 |
| Account No. | | | | | | | |
| **Creditor #: 7** **Advanta Business Services Corp.** **PO Box 15110** **Wilmington, DE 19886** | - | | | X | | | 30,206.23 |
| Account No. | | | alleged guaranty | | | | |
| **Creditor #: 8** **Affinity Network, Inc.** **PO Box 64251** **Baltimore, MD 21264** | - | | | X | | | 0.00 |
| Account No. | | | guaranty | | | | |
| **Creditor #: 9** **Alban Tractor** **Dept. 64** **Tulsa, OK 74182** | - | | | X | | X | 49,971.40 |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **80,177.63**

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                    , Case No.    **99-62043**
                                         Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 10 Allied Tractor PO Box 427 Savage, MD 20763** | - | | | | X | | | 0.00 |
| Account No. **Creditor #: 11 American Arbitration Association** | - | | | | | | | 1,211.57 |
| Account No. **Creditor #: 12 American Express PO Box 42010 Philadelphia, PA 19162** | - | | | alleged guaranty | X | | | 0.00 |
| Account No. **Creditor #: 13 AMPS (Sportsmans)** | - | | | | | | | 190.00 |
| Account No. **Creditor #: 14 Arnold Brothers/Perry's 151 Oakland Road Oakland, MD 21550** | - | | | alleged guaranty | | | | 42,355.06 |

Sheet no. __2__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                43,756.63

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                          , Case No. _____**99-62043**_____
                            Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                      **Creditor #: 15**<br>**ARS Solutions, Ltd.**<br>**Suite 214**<br>**255 N. Benton Drive**<br>**Sauk Rapids, MN 56379** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No.                                      **Creditor #: 16**<br>**Atlantic Waste Disposal, Inc.**<br>**3474 Atlantic Lane**<br>**Waverly, VA 23890** | - | | guaranty | | | | 19,594.99 |
| Account No.                                      **Creditor #: 17**<br>**Avery Outdoors, Inc.**<br>**PO Box 297**<br>**Memphis, TN 38101-0297** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No.                                      **Creditor #: 18**<br>**Bartlett**<br>**PO Box 462**<br>**Chantilly, VA 20153** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No.                                      **Creditor #: 19**<br>**Bear Archery, Inc.**<br>**4600 SW 41st Blvd.**<br>**Gainesville, FL 32608-4999** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |

Sheet no. __**3**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,594.99

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,   Case No. ___99-62043_____
                                    Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 20 Bell Atlantic PO Box 646 Baltimore, MD 21265-0646** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No. **Creditor #: 21 Bell Atlantic Mobile PO Box 64268 Baltimore, MD 21264-0646** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No. **Creditor #: 22 Ben Carr** | - | | | | | | 9,600.00 |
| Account No. **Creditor #: 23 BG & E PO Box 1431 Baltimore, MD 21297-0210** | - | | | X | | | 0.00 |
| Account No. **Creditor #: 24 Brock Tool & Supply 1200 66th Street Rosedale, MD 21237** | - | | | X | X | | 1,352.04 |

Sheet no. __4___ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **10,952.04**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                    , Case No.  **99-62043**
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 25 Cananwill, Inc. PO Box 8470 Philadelphia, PA 19101-8470 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 26 Carry-Lite, Inc. 5203 West Clinton Avenue Milwaukee, WI 53223-4781 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Rollins) | | | | |
| Creditor #: 27 Carter Machinery Company, Inc. PO Box 751053 Charlotte, NC 28275-1053 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Rollins) | | | | |
| Creditor #: 28 Cellular One PO Box 64651 Baltimore, MD 21264-4651 | | - | | | X | | 0.00 |
| Account No. | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 29 Charles County PO Box B Baltimore, MD 21264-4651 | | - | | | X | | 0.00 |

Sheet no. __5__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                          , Case No. ____**99-62043**____
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Creditor #: 30** **CIT Group** **1540 West Fountainhead Pkwy** **Tempe, AZ 85282** | - | | | X | | X | |
| | | | | | | | 121,485.24 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 31** **Cliff Weil, Inc.** **8043 Industrial Park Rd.** **Mechanicsville, VA 23111** | - | | | X | | | |
| | | | | | | | 0.00 |
| Account No. | | | alleged guaranty | | | | |
| **Creditor #: 32** **Colonial Pacific Leasing** **PO Box 2090** **Portland, OR 97208** | - | | | | | X | |
| | | | | | | | 290,762.16 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 33** **Columbia Sportswear Company** **PO Box 83239** **Portland, OR 97283-0239** | - | | | X | | | |
| | | | | | | | 0.00 |
| Account No. | | | alleged guaranty (Garnet) | | | | |
| **Creditor #: 34** **Columbus McKinnon Corp.** **140 John James Audobon Pkwy** **Buffalo, NY 14228** | - | | | X | | | |
| | | | | | | | 0.00 |

Sheet no. __**6**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **412,247.40**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                    , Case No. ___**99-62043**___
                            Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 35 Comcast Advertising Sales PO Box 1620 Easton, MD 21601** | - | | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No. **Creditor #: 36 Conectiv** | - | | | guaranty | | | | 3,548.40 |
| Account No. **Creditor #: 37 Daft, McCune, Walker, Inc. 200 East Pennsylvania Ave. Towson, MD 21286** | - | | | alleged guaranty | | X | | 0.00 |
| Account No. **Creditor #: 38 Daily Times 115 E. Carroll Street Salisbury, MD 21802** | - | | | alleged guaranty (Dashiell) | | X | | 0.00 |
| Account No. **Creditor #: 39 Dashco, Inc. (Adler Financial Group) 11350 Random Hills Road, Suite 720 Fairfax, VA 22030** | - | | | | | | | 2,500,000.00 |

Sheet no. __**7**__ of __**30**__ sheets attached to Schedule of          Subtotal          | 2,503,548.40
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                    , Case No.   **99-62043**
                              Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 40 Doug Ball (Marwood Security Group) 11206 Yellow View Drive Potomac, MD 20854 | - | | | | | X | | 0.00 |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 41 Dryden Oil Company PO Box 64715 Brooklyn, MD 21225 | - | | | | | X | | 0.00 |
| Account No. | | | | alleged guaranty (garnet) | | | | |
| Creditor #: 42 E. Stewart Mitchell PO Box 2799 Baltimore, MD 21225 | - | | | | | X | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 43 Easton Ice Co., Inc. 108 East Drive Easton, MD 21601 | - | | | | | X | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 44 Elliott & Frantz PO Box 1514 King Of Prussia, PA 19406-0914 | - | | | | | | X | 167,701.60 |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

167,701.60

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                    , Case No.    **99-62043**
                                           Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| **Creditor #: 45**<br>**Enviroquip**<br>**341 King Street**<br>**Myerstown, PA 17067** | - | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **Creditor #: 46**<br>**Exxon Card Services**<br>**PO Box 103032**<br>**Roswell, GA 30076** | - | | | | | X | | X | |
| | | | | | | | | | **16,696.51** |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 47**<br>**Fim Publishing**<br>**PO Box 201**<br>**Phoenix, MD 21131** | - | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **Creditor #: 48**<br>**Financial Federal Credit, Inc.**<br>**400 Park Avenue**<br>**New York, NY 10022** | - | | | | | X | | X | |
| | | | | | | | | | **533,310.86** |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 49**<br>**Flint River Outdoor Wear, Inc.**<br>**PO Box 9105**<br>**Columbus, GA 31908-9105** | - | | | | | X | | | |
| | | | | | | | | | **0.00** |

Sheet no. __**9**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **550,007.37**

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,    Case No. ___99-62043_____
                                   Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Creditor #: 50**<br>**Ford Motor Credit Corporation**<br>**PO Box 472687**<br>**Charlotte, NC 28247** | - | | | | | | | X | |
| | | | | | | | | | 47,902.08 |
| Account No. | | alleged guaranty | | | | | | | |
| **Creditor #: 51**<br>**Frank W. Winne & Sons, Inc.**<br>**PO Box 7780-4281**<br>**Philadelphia, PA 19182-4281** | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Creditor #: 52**<br>**Furnival Machinery**<br>**PO Box 8600-51733**<br>**Philadelphia, PA 19178** | - | | | | | | | X | |
| | | | | | | | | | 143,158.36 |
| Account No. | | alleged guaranty (Garnet) | | | | | | | |
| **Creditor #: 53**<br>**G.D.C., Inc.**<br>**PO Box 317**<br>**Merrifield, VA 22119** | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | alleged guaranty | | | | | | | |
| **Creditor #: 54**<br>**Gersham, Brickner & Bratton, Inc.**<br>**8550 Arlington Blvd.**<br>**Fairfax, VA 22031-4620** | - | | | | | X | | | |
| | | | | | | | | | 0.00 |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

191,060.44

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,    Case No. ____99-62043_____
                                   Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | alleged guaranty (Dashiell) | | | | |
| **Creditor #: 55** **Godwin Pumps** **PO Box 191** **Bridgeport, NJ 08014** | - | | | | | X | | 0.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 56** **Golden Eagle** **1733 Gunn Highway** **Odessa, FL 33556** | - | | | | | X | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 57** **Goldsboro** | - | | | | | | | 540.00 |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 58** **Grainger** **8820 Citation Road** **Essex, MD 21221-3190** | - | | | | | X | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 59** **Greentree Financial** **1100 Landmark Towers** **345 Saint Peter Street** **Saint Paul, MN 55101** | - | | | | | | X | 68,051.29 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,591.29

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                    Case No.    **99-62043**
                                                    ,
                                Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 60 Greenwald Industrial Products 2507 51st Avenue Hyattsville, MD 20781 | - | | | | | | X | | 0.00 |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 61 H&J Amoco 738 N. Rte. 3 Gambrills, MD 21054 | - | | | | | | X | | 0.00 |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 62 Haas Outdoors, Inc. c/o Clay County Bank PO Box 1337 West Point, MS 39773 | - | | | | | | X | | 0.00 |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 63 Hal Brown Co. 16 East Industrial Road Branford, CT 06406-9998 | - | | | | | | X | | 0.00 |
| Account No. | | | | | alleged guaranty | | | | |
| Creditor #: 64 Hardin Kight Associates 7524 WB&A Road Suite 100 Glen Burnie, MD 21061 | - | | | | | | X | | 0.00 |

Sheet no.  **12**  of  **30**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,    Case No. ___99-62043_____
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 65 Harvey Salt Co., Inc. 800 Lomax Street PO Box 57 Easton, MD 21601 | | - | | X | | | |
| | | | | | | | 0.00 |
| Account No. | | | alleged guaranty | | | | |
| Creditor #: 66 Heckler & Koch 21480 Pacific Boulevard Sterling, VA 20166-8903 | | - | | X | | X | |
| | | | | | | | 26,667.49 |
| Account No. | | | alleged guaranty | | | | |
| Creditor #: 67 Henry's PO Drawer 1107 Highway 24 West Morehead City, NC 28557 | | - | | X | | X | |
| | | | | | | | 44,791.22 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 68 HHA Sports 7222 Townline Road Wisconsin Rapids, WI 54494 | | - | | X | | | |
| | | | | | | | 0.00 |
| Account No. | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 69 Hopkins Sales Co., Inc. 800 Lomax Street PO Box 57 Easton, MD 21601 | | - | | X | | | |
| | | | | | | | 0.00 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           71,458.71

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                    , Case No. ___**99-62043**___
                              Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 70**<br>**Hoyt USA**<br>**543 N. Neil Armstrong Road**<br>**Salt Lake City, UT 84116-2887** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 71**<br>**Injured Workers Insurance Fund**<br>**8722 Loch Raven Blvd.**<br>**Towson, MD 21286-2235** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 72**<br>**IQS Enterprises**<br>**2501 Boston Street**<br>**Suite 301**<br>**Baltimore, MD 21224** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 73**<br>**J. Ronald Dashiel & Sons, Inc.**<br>**Route 13 North**<br>**Salisbury, MD 21801** | - | | alleged guarantee | X | | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**J. Ronald Dashiel & Sons, Inc.** | | | **J. Ronald Dashiell & Sons, Inc.**<br>**c/o Adkins, Potts & Smethurst, LLP**<br>**One Plaza East**<br>**6th Floor**<br>**Salisbury, MD 21803** | | | | |

Sheet no. __**14**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer__ _____,     Case No. ___99-62043_____
                                     Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | alleged guaranty (Dashiell) | | | | |
| Creditor #: 74 Jerol Moore Landscaping PO Box 837 Cambridge, MD 21613 | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 75 Jerry's Sports Center PO Box 121 Main Street Forest City, PA 18421 | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | gurantor | | | | |
| Creditor #: 76 JKC Stadium, Inc. Hyattsville, MD 20785 | - | | | | | X | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Garnet | | | | |
| Creditor #: 77 John Whalen 2 Lake Somerset Drive Bluffton, SC 29910 | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty | | | | |
| Creditor #: 78 Kenco Jarv-Eels 778 Laurels Way Arnold, MD 21012 | - | | | | | X | | | |
| | | | | | | | | | 0.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                    , Case No.     **99-62043**
                                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 79**<br>**Knight & Manzi**<br>**14440 Old Mill Road**<br>**Upper Marlboro, MD 20772** | - | | alleged guaranty (Garnet) | | X | | 0.00 |
| Account No.<br>**Creditor #: 80**<br>**LaCrosse Footwear**<br>**1407 St. Andrew Street**<br>**PO Box 1328**<br>**La Crosse, WI 54602-1328** | - | | | | | | 24,134.91 |
| Account No.<br>**Creditor #: 81**<br>**Martin Archery, Inc.**<br>**Route 5, Box 127**<br>**Walla Walla, WA 99362** | - | | | | | | 5,951.80 |
| Account No.<br>**Creditor #: 82**<br>**Masterpiece Creations-Vol. Services**<br>**1600 Raljon Road**<br>**Hyattsville, MD 20785** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No.<br>**Creditor #: 83**<br>**McCrone**<br>**207 N. Liberty Street, Suite 100**<br>**Centreville, MD 21617** | - | | | | | | 5,166.00 |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       35,252.71

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer__ _____,    Case No. __99-62043_____
                                            Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 84 **Creditor #: 84** **McGuire Woods Battle & Boothe** **One James Center** **901 East Cary Street** **Richmond, VA 23219** | - | | | guarantee | | | | 1,402,390.00 |
| Account No. **Creditor #: 85** **Melton Shirt Company** **56 Harvester Avenue** **Batavia, NY 14007** | - | | | alleged guaranty (Sportsmans) | X | | | 0.00 |
| Account No. **Creditor #: 86** **Merchants, Inc.** **9073 Euclid Avenue** **Manassas, VA 20110** | - | | | | X | | | 8,475.09 |
| Account No. **Creditor #: 87** **Milton James Company** **8411 Pulaski Highway** **Rosedale, MD 21237-3094** | - | | | | | | X | 151,425.00 |
| Account No. **Creditor #: 88** **Natter Services** **22086 Generals Highway** **Suite 302** **Annapolis, MD 21401** | - | | | alleged guaranty (Garnet) | X | | | 0.00 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,562,290.09

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                          , Case No. ___**99-62043**___
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 89** **Newcourt Financial** **501 Office Center Drive** **Fort Washington, PA 19034** | - | | | | | X | 60,209.40 |
| Account No. **Creditor #: 90** **Oak Grove Marine Center** **2820-30 Solomons Island Road** **Edgewater, MD 21037** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No. **Creditor #: 91** **Office Depot** **PO Box 30292** **Salt Lake City, UT 84130** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No. **Creditor #: 92** **Orix Credit Alliance, Inc.** **7250 Parkway Drive** **Hanover, MD 21076** | - | | | X | | X | 614,097.32 |
| Account No. **Creditor #: 93** **Outback Trading Company** **39 South Third Street** **Oxford, PA 19363** | - | | alleged guaranty (Sportsmans) | X | | | 0.00 |

Sheet no. __**18**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **674,306.72**

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,        Case No. ____99-62043_____
                                        Debtor

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>**Creditor #: 94**<br>**Outland Sports, Inc.**<br>**PO Box 413974**<br>**Kansas City, MO 64141-3974** | - | | | | **alleged guaranty (Sportsmans)** | X | | | **0.00** |
| Account No.<br>**Creditor #: 95**<br>**Owen & Sparrow, LLC**<br>**PO Box 1595**<br>**Lorton, VA 22199** | - | | | | **guaranty** | | | | **72,880.00** |
| Account No.<br>**Creditor #: 96**<br>**Pitney Bowes**<br>**PO Box 41067**<br>**Norfolk, VA 23541-1067** | - | | | | **alleged guaranty (Guaranty)** | X | | | **0.00** |
| Account No.<br>**Creditor #: 97**<br>**Porvair Corporation** | - | | | | | | | | **256.00** |
| Account No.<br>**Creditor #: 98**<br>**Potomac Communications Group**<br>**1720 I Street, NW Suite 800**<br>**Washington, DC 20006** | - | | | | | | | X | **81,674.44** |

Sheet no. __19__ of __30__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)    **154,810.44**

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                          Case No.  **99-62043**
                                  Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 99** **Potomac Landfill, Inc.** **600 Green Tree Lane** **Dumfries, VA 22026** | - | | | | | | 131,734.15 |
| Account No. **Creditor #: 100** **Potter & Potter** **PO Box 1890** **Rockville, MD 20849** | - | | alleged guaranty (Garnet) | | X | | 0.00 |
| Account No. **Creditor #: 101** **Precision Shooting** **PO Box 5487** **Tucson, AZ 85703** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |
| Account No. **Creditor #: 102** **Prince George's County** **Treasury Division, Room 1090** **P.O. Box 1700** **Upper Marlboro, MD 20773-1700** | - | | | | X | X | 3,847.03 |
| Account No. **Creditor #: 103** **Principal Mutual** **711 High Street** **Des Moines, IA 50392** | - | | alleged guaranty (Garnet) | | X | | 0.00 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **135,581.18**

Form B6F - Cont.
(12/03)

In re   **Blake R. Van Leer**                                          Case No.   **99-62043**
                                    Debtor                        ,

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 104** **Queen Anne's Sanitary District** **PO Box 239** **Centreville, MD 21617** | - | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 105** **Qwest** **1801 California St.** **Denver, CO 80202** | - | | | | | X | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **Creditor #: 106** **Richard N. Moseman** **4150 Fig Tree Lane** **Redding, CA 96049** | - | | | | | | | X | |
| | | | | | | | | | **450,000.00** |
| Account No. | | | | | | | | | |
| **Creditor #: 107** **Rite-Way** **4751 Lydell Road** **Hyattsville, MD 20781** | - | | | | | X | | | |
| | | | | | | | | | **512.32** |
| Account No. | | | | | | | | | |
| **Creditor #: 108** **Robert Cheeley** **435 Old Homestead Trail** **Duluth, GA 30097** | - | | | | | | | | |
| | | | | | | | | | **1,200,000.00** |

Sheet no. __21__ of __30__ sheets attached to Schedule of       Subtotal       | **1,650,512.32** |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                                    , Case No. ___**99-62043**___
                                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 109**<br>**Roberts Oxygen**<br>**15830 Redland Road**<br>**PO Box 5507**<br>**Derwood, MD 20855** | - | | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br>**Creditor #: 110**<br>**Rocky Shoes & Boots**<br>**39 E. Canal Street**<br>**Nelsonville, OH 45764** | - | | | | | | | 5,939.00 |
| Account No.<br>**Creditor #: 111**<br>**Rosen, Sapperstein & Friedlander**<br>**10055 Red Run Blvd.**<br>**Suite 150**<br>**Owings Mills, MD 21117** | - | | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br>**Creditor #: 112**<br>**RUST**<br>**PO Box 73981**<br>**Chicago, IL 60673-7981** | - | | | | | | X | 116,066.00 |
| Account No.<br>**Creditor #: 113**<br>**Scent-Lok** | - | | | | | | | 1,785.14 |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **123,790.14**

Form B6F - Cont.
(12/03)

In re      **Blake R. Van Leer**                                      ,      Case No.     **99-62043**

Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 114 Sealskin** | - | | | | | | 1,118.14 |
| Account No. **Creditor #: 115 See Environmental Services 45 Old Solomon Road, Suite 105 Annapolis, MD 21401** | - | | alleged guaranty | | X | | 0.00 |
| Account No. **Creditor #: 116 Shipley & Horne 1101 Mercantile Lane Suite 240 Upper Marlboro, MD 20774** | - | | alleged guaranty (Garnet) | | X | | 0.00 |
| Account No. **Creditor #: 117 Siskind, Grady, Rosen & Hoover 2 East Fayette Street Baltimore, MD 21202** | - | | | | X | X | 265,865.22 |
| Account No. **Creditor #: 118 Smail 4317 Northview Drive Bowie, MD 20716** | - | | alleged guaranty (Sportsmans) | | X | | 0.00 |

Sheet no. __**23**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **266,983.36**

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                              ,    Case No.    **99-62043**
                                        Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 119**<br>**Sneades**<br>**1750 Prosper Lane**<br>**Owings, MD 20736** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br>**Creditor #: 120**<br>**Soule & Associates**<br>**122 Arlington Road**<br>**Salisbury, MD 21801** | - | | 45 Old Solomon Road (Dashiell) | X | | | 0.00 |
| Account No.<br>**Creditor #: 121**<br>**Southern Maryland Oil**<br>**PO Box E**<br>**La Plata, MD 20646** | - | | | | | | 2,624.75 |
| Account No.<br>**Creditor #: 122**<br>**St. Paul Fire & Marine Insurance**<br>**385 Washington St.**<br>**Saint Paul, MN 55102** | - | | alleged guaranty (Garnet) | X | | | 0.00 |
| Account No.<br>**Creditor #: 123**<br>**Staples**<br>**PO Box 30292**<br>**Salt Lake City, UT 84130-0292** | - | | alleged guaranty (Garnet) | X | | | 0.00 |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,624.75**

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,        Case No. ___99-62043_____
                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 124**<br>**Star Democrat**<br>**PO Box 600**<br>**Easton, MD 21601** | - | | | | **alleged guaranty (Dashiell)** | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 125**<br>**State Dept of Assessments & Tax**<br>**301 W. Preston Street**<br>**Baltimore, MD 21201** | - | | | | | X | | X | 14,700.85 |
| Account No.<br><br>**Creditor #: 126**<br>**Sturn, Wagner & Sacclaris, LLC**<br>**One Annapolis Street, 2nd Floor**<br>**Annapolis, MD 21401-1326** | - | | | | **alleged guaranty** | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 127**<br>**Swift Instruments**<br>**952 Dorchester Avenue**<br>**Boston, MA 02125** | - | | | | **alleged guaranty (Sportsmans)** | X | | | 0.00 |
| Account No.<br><br>**Creditor #: 128**<br>**Syd Farrar** | - | | | | | | | X | 13,645.12 |

| | | |
|---|---|---|
| Sheet no. __25__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 28,345.97 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                    , Case No. ___**99-62043**___
                                    Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 129 T&T Deer Calls and Scents 942 Butler Pike Mercer, PA 16137 | | - | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 130 Taylor Electric Supply Co., Inc. 2211 Greenspring Drive PO Box 4823 Lutherville Timonium, MD 21093 | | - | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 131 Taylor Oil PO Box 332 Salisbury, MD 21803-0332 | | - | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 132 Texaco PO Box 31129 Tampa, FL 33631-3129 | | - | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Sportsmans) | | | | |
| Creditor #: 133 Texas Hunting Products PO Box 440296 Houston, TX 77244 | | - | | | | | X | | |
| | | | | | | | | | 0.00 |

Sheet no. __**26**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                    , Case No. _____**99-62043**_____
                                        Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 134**<br>**The Fisherman**<br>**524 Savannah Road**<br>**Lewes, DE 19958** | | - | | alleged guaranty (Sportsmans) | X | | | <br><br><br>0.00 |
| Account No.<br><br>**Creditor #: 135**<br>**Tilson & Becker**<br>**3644 A Old Court Road**<br>**Suite 5**<br>**Pikesville, MD 21208** | | - | | alleged guaranty (Sportsmans) | X | | | <br><br><br>0.00 |
| Account No.<br><br>**Creditor #: 136**<br>**Tom & Lib Trucking**<br>**19801 Aquasco Road**<br>**Aquasco, MD 20608** | | - | | alleged guaranty | X | | | <br><br><br>0.00 |
| Account No.<br><br>**Creditor #: 137**<br>**Unishipers**<br>**3135-24 New Germany Road**<br>**Ebensburg, PA 15931** | | - | | alleged guaranty | X | | | <br><br><br>0.00 |
| Account No.<br><br>**Creditor #: 138**<br>**United Parcel Service**<br>**PO Box 4890**<br>**Hagerstown, MD 21747-7980** | | - | | alleged guaranty | X | | | <br><br><br>0.00 |

Sheet no. __**27**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

Form B6F - Cont.
(12/03)

In re __Blake R. Van Leer_____,          Case No. ___99-62043_____
                                    Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 139 Utica National Insurance Group PO Box 6352 Utica, NY 13504-6532 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 140 Valley Gases PO Box 6378 Wheeling, WV 26003-0615 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 141 Viking Office Products PO Box 465644 Cincinnati, OH 45246-5644 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Creditor #: 142 Walls Industries PO Box 98 Cleburne, TX 76033 | - | | | | | | X | X | |
| | | | | | | | | | 25,939.99 |
| Account No. | | | | | | | | | |
| Creditor #: 143 Wally Putkowski 3206 Eagles Nest Drive Bowie, MD 20716-3109 | - | | | | | | | X | |
| | | | | | | | | | 12,110.43 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          38,050.42

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Blake R. Van Leer**                                    , Case No. ____**99-62043**____
                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 144 Washington Air Compressor Rental Co., Inc. 4622 42nd Place Hyattsville, MD 20781 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| Creditor #: 145 Waste Management PO Box 66963 Chicago, IL 60666-0963 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 146 Wicomico County, MD PO Box 4036 Salisbury, MD 21803-4036 | | - | | | | | X | |
| | | | | | | | | 2,711.40 |
| Account No. | | | | alleged guaranty (Dashiell) | | | | |
| Creditor #: 147 Widdowson & Dashiell, P.A. Port Exchange Building 312 W. Main Street Salisbury, MD 21803 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | alleged guaranty (Dashiell) | | | | |
| Creditor #: 148 Williams, Hammond, Moore, Shockley & Harr 3509 Coastal Hwy, PO Box 739 Ocean City, MD 21842 | | - | | | X | | | |
| | | | | | | | | 0.00 |

Sheet no. __**29**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **2,711.40**

Form B6F - Cont.
(12/03)

In re    **Blake R. Van Leer**                                                        Case No.    **99-62043**
                                    ,
                         Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | alleged guaranty (Garnet) | | | | |
| **Creditor #: 149** **WSSC** **14501 Sweitzer Lane** **Laurel, MD 20707** | - | | | | | X | | |
| | | | | | | | | **0.00** |
| Account No. | | | | alleged guaranty (Sportsmans) | | | | |
| **Creditor #: 150** **YellowBook** **1300 Morris Drive** **Chesterbrook Corporate Center** **Wayne, PA 19087** | - | | | | | X | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**30**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Total
(Report on Summary of Schedules)            **8,890,418.84**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

# United States Bankruptcy Court
### District of Maryland

In re   Blake R. Van Leer        Case No.   99-62043

         Debtor(s)        Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 23, 2007          Signature    /s/ Blake R. Van Leer

                                       Blake R. Van Leer

                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.