# EXHIBIT B

United States Bankruptcy Court
District of Maryland

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 09/17/1999 at 2:33 PM and filed on 09/15/1999.

**Blake R. Van Leer, II**
6395 Genoa Road
Tracy's Landing, MD 20779
SSN: xxx-xx-3871
*dba*
**Garnet**
*dba*
**Sportsman Service Center**



The case was filed by the debtor's attorney:

**James A. Vidmar, Jr.**
Linowes and Blocher
7200 Wisconsin Ave.
Suite 800
Bethesda, MD 20814-4842
(301) 961-5126

The case was assigned case number 99-62043 to Judge James F. Schneider.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mark D. Sammons**
**Clerk, U.S. Bankruptcy Court**