Blake R. Van Leer, II

# EXHIBIT C

| CREDITOR NAME | ORIGINAL SCHEDULED AMOUNT | CURRENT SCHEDULED AMOUNT | OTHER CHANGES TO SCHEDULE |
|---|---|---|---|
| Siskind, Grady, Rosen & Hoover | $314,314.84 | $265,865.22 | Now listed as Contingent and Disputed |
| State Dept of Assessments & Tax | $14,700.85 | $14,700.85 | Now listed as Contingent and Disputed |
| Walls Industries | $25,939.99 | $25,939.99 | Now listed as Contingent and Disputed |
| | | | |
| | | | |